IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SADRICK DONALDSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-257 Erie |
| | ) | District Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| Defendant. | ) | |

### O R D E R

AND NOW, this 5th day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel [Document # 17] is DENIED for the same reasons as explained in a Memorandum Order issued February 24, 2005. See Document # 13.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   all parties of record (lw)