Receipt # 05-496

$14.05

CA 04-257 Erie

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 00500496 — NK
August 24, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST CIVI | 04-257e ca | | 14.05 CH |

TOTAL→                14.05

FROM: US TREASURY
FOR: DONALDSON