IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SADRICK DONALDSON,   )
         Plaintiff   )
            )
vs.   )   C.A. No. 04-257 Erie
            )
UNITED STATES OF AMERICA,   )
         Defendant   )

**O R D E R**

AND NOW, this 25th day of August, 2005;

IT IS ORDERED that the Report and Recommendation dated August 11, 2005 is VACATED.

IT IS FURTHER ORDERED that Defendant file a pre-trial narrative statement or a dispositive motion before September 6, 2005.

                                            S/ Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE