**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SADRICK DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-257E |
| v. | ) | |
| | ) | Magistrate Judge Baxter |
| UNITED STATES OF AMERICA, | ) | Judge McLaughlin |
| | ) | |
| Defendant. | ) | ELECTRONICALLY FILED |

<u>O R D E R</u>

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the Motion for Enlargement of Time to File a Motion for Summary Judgment by Defendant, United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall file his Motion for Summary Judgment on or before September 20, 2005.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

cc: All counsel of record