CA 04-257E

## Documents Missing Exhibit B

1.) Documents reports missing from (Walter Rhinehart) on SHU Review from 11-12-2002 until 12-19-2002. (see production of documents #13)

2.) Documents reports missing from 11-12-2002 until 12-19-2002 on a Physcology review. Plaintiff did with another Doctor in the Physcology Department at F.C.I. McKean (see production of documents #13)

3.) Documents reports missing on the Inmates Rights and Responsibilities Handbook (see production of documents #2)

4) Documents reports missing from 2-12-2003 a memorandom was posted in the officer's office requesting that unit staff and the housing unit officer's closely monitor inmate movement into the unit to prevent inmates from other units from entering unit BB. There was also a picture of inmate Drayton put on the memorandom (see production of documents #12)

5.) Documents reports missing. Plaintiff signed a statement for Mark Chiodo during the investigation from 11-12-2002 until 12-19-2002. (see production of documents #7)

6.) Documents reports missing from (S.I.S.) Lt. Mark Chiodo investigation from 11-12-2002 until 12-19-2002. (see production of documents #7)

(1.)

more on page (2)

7.) Documents reports missing from 11-2-2002 until 2-12-2003 on Plaintiff cellmates inside the Special Housing Unit   (see production of documents #9)

8.) Documents reports missing on the list of the inmates names inside the classroom on Aug 29, 2003.
   (see production of documents #14)

9.) Documents reports missing on the notes, drafts, records, book, logs books on staff and (C.O) Correctional Officers assigned to work. OR on duty inside the (Special Housing Unit) from 11-2-2002 until 2-12-2002.
   (see production of documents #10)

10.) Documents reports missing on the sale of (Hair Relaxer) sold at the institution commissary on August 29, 2003.
   (see production of documents #20)

11.) Documents reports missing on policies, procedures, and regulations, for (Safety Department at F.C.I McKean) on chemicals and safety on chemicals, And how they are controlled inside the institution on August 29, 2003
   (see productions of documents #16)

Date 9-10-05

Sadrick Donaldson
Reg. No.  20102-018
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887