**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SADRICK DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-257E |
| | ) | |
| v. | ) | Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| UNITED STATES OF AMERICA, | ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

NOTICE TO COURT OF DEFENDANT'S ANSWERS
TO PLAINTIFF'S REQUEST FOR ADMISSIONS

AND NOW, comes the Defendant, United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said District, and files the following Notice of Court:

1. On September 15, 2005, Defendant United States mailed its answers to Plaintiff's Request for Admissions.

WHEREFORE, Defendant, United States of America, respectfully requests that this Notice of Defendant's Answers to Plaintiff's Request for Admissions be docketed at the above civil action number.

Respectfully submitted,

MARY BETH BUCHANAN
UNITED STATES ATTORNEY


s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219
412-894-7418
PA ID No. 30440

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice to Court of Defendant's Answers to Plaintiff's Request for Admissions was electronically filed and/or served by first-class mail on this 15th day of September, 2005, to the following:

>
> Sadrick Donaldson
> Register No. 20102-018
> FCI Allenwood
> P.O. Box 2000, 4-B
> White Deer, PA 17887-2000

>
>
> s/Paul E. Skirtich
> PAUL E. SKIRTICH
> Assistant U.S. Attorney