IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADRICK DONALDSON, ) | |
| ) | Civil Action No. 04-257E |
| Plaintiff, ) | |
| ) | Judge McLaughlin |
| v. ) | Magistrate Judge Baxter |
| ) | |
| UNITED STATES OF AMERICA, ) | ELECTRONICALLY FILED |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO
FILE A MOTION FOR SUMMARY JUDGMENT**

AND NOW, comes Defendant, United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said district, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, files the following Motion for Enlargement of Time of Six (6) Days to File a Motion for Summary Judgment. In support of his Motion, Defendant respectfully avers as follows:

1. On August 25, 2005, this Court issued an Order vacating its Report and Recommendation and ordering that Defendant's Pretrial Statement or Dispositive Motion be filed by September 6, 2005.

2. This Court granted Defendant's enlargement of time to file said Motion until September 20, 2005.

3. The Motion awaits final review by agency counsel, who was called to reserve duty during the week of September 19-25, 2005, with a return-to-work date of September 26,

>     2005.  This extension is to allow counsel to ensure the
>     accuracy of factual representations.
> 4.  This Motion is not filed to delay these proceedings but
>     to make the best use of all parties' resources.
> 5.  The undersigned counsel did not contact the *pro se*
>     Plaintiff since he is incarcerated, but is mailing a copy
>     of this Motion.

WHEREFORE, based upon the above, Defendant, United States of America, respectfully requests that the Court issue an Order postponing the deadline for summary judgment by Defendant to September 26, 2005.

>                                    Respectfully submitted,
>
>                                    MARY BETH BUCHANAN
>                                    United States Attorney
>
>
>                                    s/Paul E. Skirtich
>                                    PAUL E. SKIRTICH
>                                    Assistant U.S. Attorney
>                                    U.S. Post Office & Courthouse
>                                    700 Grant Street, Suite 4000
>                                    Pittsburgh, PA 15219
>                                    (412) 894-7418
>                                    PA ID No. 30440

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the within Defendant's Motion for Enlargement of Time to File a Motion for Summary Judgment was electronically filed and/or served by postage-paid U.S. Mail to and upon the following:

        Sadrick Donaldson
        Register No. 20102-018
        FCI Allenwood
        P.O. Box 2000, 4-B
        White Deer, PA 17887-2000

                              s/Paul E. Skirtich
                              PAUL E. SKIRTICH
                              Assistant U.S. Attorney

Dated:  September 20, 2005