**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

SADRICK DONALDSON,          )
                                 )
     Plaintiff,          )
                                 )     Civil Action No. 04-257E
        v.             )
                               )     Magistrate Judge Baxter
UNITED STATES OF AMERICA,   )     Judge McLaughlin
                               )
     Defendant.         )     ELECTRONICALLY FILED

O R D E R

       AND NOW, to wit, this _____ day of _____,
2005, upon consideration of the Motion for Enlargement of Time to
File a Motion for Summary Judgment by Defendant, United States of
America, IT IS HEREBY ORDERED that said Motion is GRANTED.

       IT IS FURTHER ORDERED that Defendant shall file his
Motion for Summary Judgment on or before September 26, 2005.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

cc:  All counsel of record