# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SADRICK DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-257E |
| v. | ) | |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| | ) | |
| Defendant. | ) | ELECTRONICALLY FILED |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

AND NOW, comes the Defendant, United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant U.S. Attorney for said district, and files the following Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for Summary Judgment, pursuant to Rules 12(b)(1) and 56 of the Fed. R. Civ. P., and respectfully moves the Court to grant the Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment in favor of the United States, upon the grounds:  (1) that the Court lacks jurisdiction over the subject matter; and/or (2) that the pleadings show that there is no genuine issue as to any material fact, and the United States is entitled to judgment as a matter of law.

A Memorandum of Law in support of this Motion will be filed forthwith, and the contents therein will be incorporated by reference.

WHEREFORE, the Defendant, United States of America, respectfully requests that the Court grant its Motion to Dismiss, or in the Alternative, its Motion for Summary Judgment in favor of Defendant and against Plaintiff Sadrick Donaldson.

                Respectfully submitted,

                MARY BETH BUCHANAN
                UNITED STATES ATTORNEY


                <u>s/Paul E. Skirtich</u>
                PAUL E. SKIRTICH
                Assistant United States Attorney
                Western District of Pennsylvania
                700 Grant Street, Suite 4000
                Pittsburgh, PA 15219
                (412) 894-7418
                PA ID No. 30440

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment was electronically filed and/or served by postage-paid U.S. Mail on this 26th day of September, 2005, to and upon the following:

>Sadrick Donaldson
>Register No. 20102-018
>FCI Allenwood
>P.O. Box 2000, 4-B
>White Deer, PA 17887-2000

>>>>>>>>s/Paul E. Skirtich
>>>>>>>>PAUL E. SKIRTICH
>>>>>>>>Assistant U.S. Attorney