**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SADRICK DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-257E |
| v. | ) | |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| | ) | |
| Defendant. | ) | ELECTRONICALLY FILED |

**<u>ORDER</u>**

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for Summary Judgment heretofore filed by Defendant, United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of Defendant, United States of America, and against Plaintiff, Sadrick Donaldson.

_____
UNITED STATES DISTRICT JUDGE