**Commissary Order Form** FCI McKean

NAME: _____

PRE-SET SPENDING LIMIT APRIL 21, 2003

REG NO. _____

DATE: _____

Anyone leaving the Commissary after submitting a list will not be sold any merchandise. No refunds or exchanges! All sales are **F I N A L !!** NO ADD ONS! CHECK OUT-OF-STOCK! K - DENOTES KOSHER ITEM

| AIR GRAM (SINGLE) | | $ .70 | PHOTO TICKETS (MAX 5) | $ 1.00 |
|---|---|---|---|---|
| 05 STAMPS (STRIP OF 5) | | $ .25 | VENDING CREDITS (1-25) | $ 1.00 |
| 23 STAMP (STRIP OF 5) | | $ 1.15 | | |
| 37 STAMP (STRIP OF 10) | | $ 3.70 | 01 STAMP (STRIP OF TWENTY) | .20 |
| 37 BOOK STAMPS (20) | | $ 7.40 | BIRTHDAY CARDS ----6,-----7----8 | .75 |
| 50 STAMPS (10) | | $ 5.00 | GENERAL OCC ----1,----2,----3,----4,----5. | .75 |

| CANNED GOODS | | TOBACCO PRODUCTS | | PERSONAL HYGIENE | |
|---|---|---|---|---|---|
| CHICKEN | 1.35 | DURANT FULL FLAVOR | 2.80 | HAIR BRUSH (1) | 1.20 |
| KIPPER SNACKS K | 1.45 | GPC MENTHOL | 3.85 | AFRO PICK (2) | .50 |
| CHILI | 1.45 | NEWPORT | 5.50 | VENTED BRUSH (1) | .95 |
| TUNA FISH K | 1.20 | KOOLS | 5.50 | WAVE BRUSH(1) | 2.75 |
| SALMON FLAKES K | 1.05 | MARLBORO | 5.50 | SUN BLOCK | 3.40 |
| MACKEREL K | 1.10 | MARLBORO LIGHTS | 5.50 | SUN TAN LOTION | 2.75 |
| FISH STEAKS K | .90 | DURANT NON-FILTER | 2.80 | TOENAIL CLIP (1) | .85 |
| SLICE SALAMI | 1.75 | CAMELS | 5.50 | FINGERNAIL CLIP (1) | .40 |
| PEPPERONI SLICE | 1.75 | CPT BL PIPE TOBACCO | 3.50 | MUSCLE RUB | 2.10 |
| | | RED MAN CHEW (10) | 2.75 | SOAP DISH (1) | .65 |
| | | COPENHAGEN(10) | 4.00 | TOOTHBRUSH HLD(1) | .45 |
| | | SKOAL RED (10) | 4.00 | SEWING KIT (1) | 1.90 |
| CHEESE COLBY | 3.05 | SKOAL GREEN (10) | 4.00 | LOCKER MIRROR (1) | 2.20 |
| | | SKOAL CHERRY(10) | 4.00 | WHITE BATH TOWEL | 7.25 |
| | | SKOAL CLASSIC | 4.00 | DENTAL FLOSS PICK | 1.35 |
| | | | | ROLAIDS | .75 |
| S O D A S | | | | CHAPSTICK | 1.35 |
| PEPSI (6PACK) K | 2.15 | MATCHES | .70 | MAGIC SHAVE GOLD | 2.20 |
| | | | | JERGENS SK LOTION | 4.75 |
| DIET PEPSI (6 PK) K | 2.15 | PIPE FILTER (1) | .40 | BABY OIL | 2.00 |
| HAWAIIAN PUNCH K | 2.15 | CIG. PAPER | .55 | SKIN CARE LOT | 2.15 |
| DR. PEPPER (6PK) | 2.15 | BUGLER | 1.20 | FOOT POWDER | 2.40 |
| ICE TES PEACH,EA | 1.35 | KITE | 1.20 | BABY POWDER | 2.10 |
| BOTTLE WATER K | .45 | BLACK & MILD CIGARS | 1.85 | DK&LOVEL SHAMPO | 2.95 |
| | | | | AFRICAN PRIDE | 6.00 |
| SNACKS | | PERSONAL HYGIENE | | PERFUMED OIL | 4.50 |
| NATURAL POPCORN | .50 | MINT MOUTHWASH | 2.25 | TWEEZERS (1) | .55 |
| BUTTER POPCORN | .50 | FABRIC SOFTENER | 1.90 | PROLINE HAIR FD | 2.40 |
| | | TIDE DETERGENT K | 5.80 | VO5 HAIR GEL | 2.75 |
| CAKE DONUTS K | .45 | HERITAGE DETERGENT | 1.30 | BALM BAR | 2.50 |
| GRAN BAR HON OAT | 1.70 | IRISHSPRING SOAP | .80 | MURRAY'S POMADE | 2.20 |
| GRAN BAR C CHP K | 1.70 | TONE SOAP | .90 | CURL ACTIVATOR | 1.45 |
| HONEY BUNS K | .35 | DOVE SOAP | 1.60 | PETROLEUM JELLY | 1.05 |
| FIG BARS K | 1.25 | NEUTROGENA SOAP | 3.40 | HERT. FACE CREAM | 1.60 |
| OATMEAL PIES K | 1.15 | DENTURE-TPASTE | 3.45 | ARTRA SKIN CREAM | 4.80 |
| COSMIC BROWNIE | 1.20 | DENTUR TOOTHBRUSH | 1.20 | HAIR RELAXER | 8.85 |
| NUTTY BARS | 1.30 | COLGATE-TPASTE | 3.75 | Q-TIPS | 2.10 |
| | | AIM-TOOTHPASTE | 2.05 | HERT HAIR COND | 1.60 |
| | | SENSODYNE-TP | 5.95 | HEAD & SHOULDERS | 5.75 |
| | | TOOTHBRUSH-MED | 1.10 | PERT W/COND | 4.80 |
| NAVY BEAN SOUP | 1.15 | TOOTHBRUSH-SOFT | .45 | SUAVE SHAMPOO | 1.70 |
| | | TOOTHBRUSH-FIRM | .55 | PANTENE SHAMPOO | 5.35 |
| | | DENTAL FLOSS | 1.55 | SHOWERSHOE 9-10 (2) | 3.20 |
| | | EFFERGRIP CREAM | 3.60 | SHOWERSHOE 11-12(2) | 3.20 |
| | | MENNEN ANTI-PERS | 3.10 | COCO BUTTER STCK | 1.30 |
| | | AFTASHAVE LOTION | 2.70 | THERMAL CUP (1) | 1.95 |
| | | HERITAGE ROLL-ON | 1.40 | THERMAL MUG (1) | 2.60 |
| | | MENNEN SPEED STK | 2.35 | C/T. LENS SOLUTION | 9.15 |
| | | GIL. SENSOR RAZOR | 4.90 | CERAMIC SLIP | 14.00 |
| MARINARA SAUCE | 3.55 | GIL. SENSOR BLADE | 6.25 | COMBINATION LOCK | 5.80 |
| | | SHAVING CREAM | 1.30 | SAFETY SCISSORS (1) | 6.35 |
| | | DISPOSABLE RAZOR | 1.40 | MICRO BOWL 24oz.(1) | 3.40 |
| | | MAGICSHAVE CREAM | 3.50 | SULFUR 8 | 3.35 |

*[Handwritten annotations in margins:]* The Raynand Ordered/McKean F.C.I. to remove this product from the shelf. 5 months before some of the mixture was throw into my face!

Exhibit (H.) page (1)

| BEVERAGES | | | SNACKS & CANDY | | | MISCELLANEOUS | |
|---|---|---|---|---|---|---|---|
| HERBAL TEA | K | 3.15 | REESE CUP MINI | | 2.05 | PRINT WHEEL (1) | 22.10 |
| NESTEA TEA | K | 3.95 | M&M PLAIN | K | 3.25 | TYPEWRITER RIB | 3.65 |
| INST. TEA LEMON | | 1.65 | MIXED NUTS | K | 2.10 | CORRECTION TAPE | 3.20 |
| TASTERS CHOICE | K | 6.85 | DRY ROASTED NUTS | K | 3.20 | DICTIONARY | 3.05 |
| SUGAR | K | 1.05 | M&M PEANUTS | K | 3.25 | BOOKLIGHT BULBS | 6.50 |
| COLOMBIAN | | 2.45 | HONEY ROAST NUTS | K | 1.80 | HEADBAND | 1.95 |
| INST. HOT CHOC | | 1.35 | CASHEW NUTS | | 1.20 | WRISTBAND (2) | 2.10 |
| RAS/LEMONADE | | 1.75 | SUGAR FREE CANDY | K | .60 | POCKET FOLDERS | .55 |
| TANG | | 1.80 | STARLIGHT MINTS | | .60 | BOOKLIGHT (1) | 17.30 |
| CREAMER | K | .90 | FIREBALL CANDY | | .60 | PHOTO ALBUM(1) | 2.50 |
| COL. DECAF | | 3.00 | JOLLY RANCHERS | | .70 | LEGAL ENVELOPES | .15 |
| INTER. COFFEE,SAMPL | | 3.15 | BIT O HONEY | | .60 | LEGAL PAD(2) | 1.05 |
| SUGAR TWIN | | 1.65 | CREMESAVER ORANGE | | 2.10 | HANDBALLS(2) | 3.65 |
| FOOD ITEMS | | | CREMESAVER RASP | | 2.10 | POKER CARDS(2) | 2.45 |
| | | | WERTHERS CANDY | | 2.10 | PINOCHLE CARDS(2) | 2.45 |
| | | | SNICKERS (6PK) | K | 3.00 | 1 GAL THERMAL JUG | 10.80 |
| SALTINE CRKRS | K | 1.50 | | | | SHOEPOLISH-BLACK | 2.05 |
| CHEESE CRACKERS | | 1.80 | CHEESE NACHOS | | 1.00 | SHOEPOLISH-NTRL | 1.95 |
| SNACKERS | K | 2.25 | BBQ POTATO CHIPS | | .95 | SHOE LACES-WHITE | 1.10 |
| OATMEAL-VAR PACK | K | 2.75 | POTATO CHIPS | K | .95 | SHOE INSOLES | 2.15 |
| MATZO CRACKERS | K | 3.70 | TORTILLA CHIPS | | 1.40 | AA BATTERIES(4) | 2.35 |
| CHIPARIFIC COOKIES | K | 2.20 | BBQ CORNCHIPS | | 1.65 | AAA BATTERIES(4) | 2.40 |
| SHARP SQUEEZE CH. | | 2.80 | PRETZELS | | 1.15 | C BATTERIES (4) | 2.35 |
| JALAPENO SQUEEZ CH. | | 2.80 | WHEAT BREAD | K | 1.50 | ANTIFUNGAL CREAM | 1.60 |
| STRAWBERRY JELLY | | 1.90 | FLOUR TORTILLAS | | .75 | SANGEAN RADIO | 48.90 |
| PICANTE SAUCE | | 1.85 | | | | KOSS HEADPHONES(1) | 34.60 |
| GRAT. PARM CHEESE | | 3.60 | PRANGLES PLAIN | | 1.75 | STORAGE BIN | 16.90 |
| JALEPENO PEPPERS | | 2.15 | ICE CREAM | | | EARPHONES-HP/3(1) | 5.40 |
| LOUISANA HOT SAU | K | .70 | ICE CREAM PINTS | K | 1.50 | WATCH-TIMEX (1) | 32.50 |
| PEANUT BUTTER | K | 2.20 | FROZEN YOGURT | K | 1.50 | WATCH BATTERY | 1.95 |
| OLIVE OIL | | 2.80 | PEANUTTY CONE | K | .70 | ALARM CLOCK(1) | 9.50 |
| SOY SAUCE | | 2.55 | | | | ALARM CLOCK BAT(1) | 11.05 |
| RAISINS | | 1.75 | | | | SUNGLASSES (1) | 4.70 |
| MUSTARD | K | .95 | FRUITS AND VEGETABLES | | | EATING UTENSILS | .25 |
| SPAG. SAUCE | | 1.90 | ** GRAPEFRUIT | | CMP | WHITE HANKIE(5) | .65 |
| SPAGHETTI | | .75 | ** ORANGES | | CMP | HYDROCORT. CREAM | 1.50 |
| | | | ** LEMONS | | CMP | WATCH BAND (1) | 4.30 |
| WHITE RICE | | 1.65 | ** TOMATOES | | CMP | HAIR TIES | 1.05 |
| BROWN RICE | | 1.05 | ** BANANAS | | CMP | ADDRESS BOOK (1) | .65 |
| REFRIED BEANS | | 1.75 | ** GARLIC | | CMP | BALL POINT PEN (2) | .20 |
| VITAMIN C | | 2.10 | ** APPLES | | CMP | CLOTHING | |
| VITAMIN E | | 4.95 | ** PEPPERS | | CMP | WAVE CAP | 2.40 |
| | | | ** ONIONS | | CMP | FLIP-UP SUN GLASS.(1) | 6.00 |
| MULTI VITAMINS | | 4.05 | MEDICINE | | | SWEAT TOP (2)$15.60 | SIZE |
| CALCIUM TABLETS | | 2.75 | ASPIRIN | | 1.30 | SWEAT PANTS (2) 15.60 | SIZE |
| | | | ARTIFICIAL TEARS(1) | | 2.15 | SWEAT SHORT (2) 10.40 | SIZE |
| VANILLA WAFERS | | 1.75 | HEMORRHOIDAL CR | | 3.45 | T-SHIRT ( 5 ) $11.70 | SIZE |
| MAYONNAISE | K | 2.35 | METAMUCIL | | 5.05 | TUBE SOCKS (3 PACK) | 6.25 |
| HONEY | K | 2.90 | VAPOR RUB | | 1.95 | ATHLETIC SUPPORT | 3.90 |
| BEEF LOG | | 1.55 | NASAL SPRAY | | 2.15 | BOXER SHT M-L-XL ( 7 ) | |
| SAZON SPICE | | 2.55 | COUGH SYRUP (LIMIT1) | | 2.15 | BOXER SHT 2X 3XL ( 7 ) | 10.40 |
| CHICKEN SOUP | | .25 | MILK OF MAGNESIA | | 2.05 | BATH ROBE | 42.90 |
| VEGETABLE SOUP | | .25 | COUGH DROPS | | .80 | BASEBALL HATS | 3.60 |
| | | | ADVIL | | .50 | THERMALS/TP/BTM | 9.90 |
| | | | ACNE 10 GEL | | 2.05 | *** WINTER GLOVES | 7.40 |
| GARLIC SALSA | | 1.95 | LACTAID | | 19.50 | MOUTHGUARD | 3.00 |
| | | | | | | WEIGHT GLV XL.XXL | 15.60 |

NO OLD SLIPS  
NO ADD ONS!  
ALL PRICES SUBJECT  
TO CHANGE!!!

YOUR SHOPPING DAY IS  
DETERMINED BY THE LAST  
TWO DIGITS OF YOUR  
FIRST FIVE BOP # DIGITS.  
AFTERNOON HRS: 10:30AM-12:30PM  
EVENING HRS: 4PM -6PM

SHOPPING DAYS/OPEN HRS

MON.   50-74  
TUES.  75-99  
WED.   00-24  
THUR.  25-49

(20) PACK TOTAL LIMIT FOR - CIGARETTES  
* ITEMS MARKED WITH A NUMBER BESIDE ARE THE LIMITS PERMITTED TO PURCHASE.  
** INMATE PERSONAL PROPERTY LIMITATIONS ARE THE RESPONSIBILITY OF THE INMATE.  
*** THIS ITEM MUST REMAIN AT FCI MCKEAN IF YOU TRANSFER.

Exhibit (H)  
page (2.)

** LIMITED OFFICIAL USE **

SHU REVIEW

Date .......: September 20, 2003
Inmate .....: DONALDSON, SADRICK
Reg. No ....: 20102-018

Author .....: WALTER L. RHINEHART PSY.D
Title ......: CHIEF PSYCHOLOGIST
Institution : FCI MCKEAN

---

Inmate DONALDSON was placed in the Special Housing Unit on 08/29/2003. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate DONALDSON was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate DONALDSON was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be LOW.

COMMENTS:

Inmate remains in SHU following his being assaulted with hot liquid. The incident is under investigation by SIS.

FOI EXEMPT

D007

Exhibit (I.)
page (1.)

\*\* LIMITED OFFICIAL USE \*\*

⟨2⟩

SHU REVIEW

```
Date ........: October 9, 2003
Inmate ......: DONALDSON, SADRICK
Reg. No .....: 20102-018

Author ......: WALTER L. RHINEHART PSY.D
Title .......: CHIEF PSYCHOLOGIST
Institution  : FCI MCKEAN
```

---

Inmate DONALDSON was placed in the Special Housing Unit on 08/29/2003. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate DONALDSON was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate DONALDSON was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be MODERATE.

COMMENTS:

Inmate seen as follow-up to earlier crisis intervention by Dr. House and seen by this author. Inmate appears to be doing well, interacting with cellmate, eating satisfactorily, and shows bright affect. He claims to be experiencing post-traumatic stress problems, which would not be unusual following being a victim of an assault such as he experienced. He was treated soon after the incident, however, and seems to be looking for secondary gain from his claim of symptoms. His bright affect and absence of anxious or depressed mood, appear to belie his claim, requiring conservative treatment involving regular monitoring in SHU and listening to his claims.

FOI EXEMPT

*Exhibit (I)*
*page 2*

** LIMITED OFFICIAL USE **



SHU REVIEW

```
Date ........: November 7, 2003
Inmate ......: DONALDSON, SADRICK
Reg. No .....: 20102-018

Author ......: WALTER L. RHINEHART PSY.D
Title .......: CHIEF PSYCHOLOGIST
Institution : FCI MCKEAN
```

---

Inmate DONALDSON was placed in the Special Housing Unit on 08/29/2003. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate DONALDSON was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate DONALDSON was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be MODERATE.

COMMENTS:

Inmate is under investigation for assault/fight. Inmate appears to be adjusting better, with mood and affect more normal. No serious mental health concerns.

FOI EXEMPT

Exhibit (I)
page 3



DONALDSON, Sadrick
Reg. No.: 20102-018
MCK 316972-F1

---

Part B - Response

This is in response to your Request for Administrative Remedy receipted in my office on November 14, 2003, regarding you being ordered out of the special housing unit and back into the general population on August 29, 2003.

You were held in the special housing unit under unverified protective custody from November 12 until December 19, 2002. During this time frame neither the SIS department nor your unit team were able to verify the purpose for holding you in the special housing unit for protective custody reasons. You were ordered to return to the general population on December 19, 2002, and you refused to do so. It is standard policy that any inmate who we are unable to verify in a reasonable amount of time will be ordered to return to general population. When you initially entered the special housing unit, you stated you feared for your life from another inmate. On December 2, 2002, you were interviewed again and you stated you did not feel inmate Drayton would hurt you. By making this statement it was concluded you no longer met the requirements needed to remain under protective custody. You were released from segregation and returned to general population with this individual on February 12, 2003, and remained on the compound with him until August 29, 2003, without incident.

On August 29, 2003, at approximately 12:45 p.m., you were assaulted by another inmate. On September 20, 2003, the SIS lieutenant interviewed you regarding this incident. You stated you had very little interaction with Drayton since returning to the compound but he again began harassing you. You then talked to Drayton about this and believed he must have become angry because of the fact that you declined his sexual offers. You did not report to staff you were being harassed or having any such problems since being released from the special housing unit on February 12, 2003.

Based on the above information, your Request for Administrative Remedy is denied.

In the event you are not satisfied with this response, you may appeal within twenty (20) days from the date of this response by submitting a form BP-DIR-230 to the regional director.

12/24/03
Date

John J. LaManna, Warden

Exhibit (J.)
page (1)



DONALDSON, Sedrick
Reg. No. 316972-R3
Appeal No. 20102-018
Page One

### Part B - Response

In your appeal, you claim you were ordered out of the Special Housing Unit by staff at FCI Allenwood and when you were released to the compound, you were assaulted by an inmate. You are requesting the SIS Department be investigated for putting your life in danger. You are also requesting to file assault charges against the inmate who assaulted you.

A review of your appeal, indicates that an investigation was conducted concerning your request for protective custody. The investigation concluded that there was no existence of a threat to your safety at FCI Allenwood and you refused to cooperate with the investigator on what was the specific threat to your safety. You were released from the Special Housing Unit on February 12, 2003, and your incident with the inmate that assaulted you did not take place until August 29, 2003. An investigation was conducted on the inmate that assaulted you and he was sanctioned by the DHO. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: March 25, 2004                    D. SCOTT DODRILL
                                         Regional Director


Exhibit (J) page 2