Exhibit 1

1          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2

3  SADRICK DONALDSON,     :
            Plaintiff   :

4                   :
       VS          :   CIVIL ACTION NO. 04-257E

5                   :
  UNITED STATES OF     :   MAGISTRATE JUDGE BAXTER

6  AMERICA,           :   JUDGE McLAUGHLIN
          Defendant   :

7

8                    **COPY**

9

10        DEPOSITION OF:   SADRICK L. DONALDSON

11        TAKEN BY:      DEFENDANT

12        BEFORE:       NICOLE L. ZIMMERMAN
                   NOTARY PUBLIC

13

        DATE:         MAY 5, 2005, 10:55 A.M.

14

        PLACE:        FCI ALLENWOOD

15                   ROUTE 15 NORTH
                   WHITE DEER, PA  17887

16

17

18  APPEARANCES:

19      DEPARTMENT OF JUSTICE
      U.S. ATTORNEY'S OFFICE

20      WESTERN DISTRICT OF PA
      BY:  PAUL E. SKIRTICH, ESQUIRE

21      700 Grant Street, Suite 400
      Pittsburgh, PA  15219

22         FOR - DEFENDANT

23  ALSO PRESENT:  DIANA LEE, ESQUIRE

24

25

7

1  housed?

2          A       At McKean FCI.

3          Q       Do you recall when you arrived at McKean?

4          A       I don't recall the specific day, but it was

5  in 2001, to the best of my knowledge.

6          Q       If I told you that you arrived at McKean on

7  November the 9th of 2001, does that help you remember

8  the date?

9          A       It sounds accurate.  It might be accurate.

10  I know it was 2001.

11          Q       Sometime before Christmas of 2001, you

12  arrived at McKean?

13          A       Yes, sir.

14          Q       The incident that we're talking about today

15  occurred at McKean; is that correct?

16          A       Yes, sir.

17          Q       When you arrived at McKean, did you arrive

18  before an inmate whose last name is Drayton,

19  D-R-A-Y-T-O-N?

20          A       Yes, sir.

21          Q       Who is Inmate Drayton, if you know?

22          A       Inmate Drayton is the inmate that dumped the

23  liquids in my face.

24          Q       What is his first name?

25          A       Eric.

8

```
 1        Q        E-R-I-C?

 2        A        Yeah, E-R-I-C.

 3        Q        When did Eric Drayton arrive at McKean?

 4        A        I'm not sure when he arrived at McKean.  I

 5   don't know when exactly he arrived at McKean.

 6        Q        You do know that he arrived at McKean after

 7   you were there?

 8        A        Yeah.

 9        Q        Prior to McKean, where were you housed?

10        A        At USP Allenwood.

11        Q        Approximately how long were you at Allenwood

12   prior to being transferred to McKean?

13        A        Between five months or eight months.  It

14   could have been a year, but I don't think I was there

15   no longer than a year.

16        Q        Were you at any bureau prison facility

17   before Allenwood?

18        A        Yes, USP Atlanta.

19        Q        USP stands for United States Penitentiary,

20   does it not?

21        A        Yes.

22        Q        Approximately how long were you at USP

23   Atlanta?

24        A        Approximately two years, maybe two and a

25   half.
```

12

1      A      Yes, I think it's the -- I don't know what

2  district it is, but I think it's the lower district.

3      Q      It could be the Southern District of

4  Alabama, does that strike a bell?

5      A      Yeah, Southern District.

6      Q      But it was in Mobile?

7      A      Mobile, Alabama.

8      Q      Thank you.  When did you first meet Inmate

9  Eric Drayton?

10      A      Inmate Eric Drayton, I met him at USP

11  Allenwood.

12      Q      You did not know him prior to that time; is

13  that correct?

14      A      No, sir.

15      Q      You had never served time with Inmate

16  Drayton prior to Allenwood; is that also correct?

17      A      I'm not sure.  He could have been on another

18  compound that I was on, but I'm not sure, but that's my

19  first time meeting him --

20      Q      That's a good answer.

21      A      -- was across the street.

22      Q      That's a good answer.  But the first time

23  you knew and met Drayton was here at Allenwood; is that

24  correct?

25      A      Yeah, USP Allenwood.

14

1   correct?

2      A     Yes, sir.

3      Q     That score determines at what institution

4   you will be sentenced to; is that also correct?

5      A     Yes, sir.

6      Q     Or that score determines at what institution

7   you'll serve your time for that period of -- for that

8   period of time; is that correct?

9      A     Yes, sir.

10      Q     And as you go on in your sentence, if you're

11   being sentenced for 10 years or 12 years, you may go to

12   a different level -- lower level classification of

13   institutions after some period of time; is that

14   possible?

15      A     It's possible, but you got also with inmate

16   assisted government, they usually give them a transfer,

17   so...

18      Q     All right.  Fair enough.  What

19   classification is Allenwood?

20      A     It's a high.

21      Q     What classification is McKean?

22      A     It's a medium.

23      Q     So McKean is a lower level in a BOP system

24   than Allenwood; is that correct?

25      A     Yes, sir.

17

1    Q    So your maintenance duties took you to an

2 area where you interacted with Drayton or at least met

3 Drayton; is that correct?

4    A    Yes, sir.

5    Q    Did you have any type of a relationship with

6 Drayton here at Allenwood?

7    A    We had a friend relationship.

8    Q    Did you have any problems with Drayton when

9 you were here at Allenwood prior to you being

10 transferred to McKean?

11    A    I got into an altercation with him in the

12 cell, in the unit.

13    Q    And when you say with him, you're referring

14 to Drayton; is that correct?

15    A    Verbal altercation, not a physical

16 altercation -- Eric Drayton.

17    Q    You just read my mind.  So did you suffer

18 any injuries as a result of that altercation -- verbal

19 altercation with Drayton when you were at Allenwood?

20    A    No, because somebody else interacted in the

21 conversation and I just went on about my business.

22    Q    What was the name of the inmate who

23 interacted in this altercation here at Allenwood?

24    A    I can't remember the name of the inmate, but

25 they was from DC.

18

1    Q    Was it your cellmate?

2    A    I think it was.

3    Q    Was this altercation reported to prison

4 officials?

5    A    No, sir.

6    Q    Did you report it to prison officials?

7    A    No, sir.

8    Q    Do you recall what Eric Drayton told you or

9 said to you during this verbal altercation?

10    A    I can't recall.

11    Q    Did Eric Drayton threaten you during this

12 verbal altercation here at Allenwood before you were

13 transferred to McKean?

14    A    Yes.

15    Q    Do you recall the nature of that threat; in

16 other words, did he say he was going to kill you?

17    A    Well, he said he was going to fuck me up if

18 he sees somebody in my face.

19    Q    What was your understanding of what Inmate

20 Drayton was telling you the condition on which he was

21 going to cause you some harm?

22    A    Don't talk to nobody.

23    Q    And when you say don't talk to nobody, was

24 Drayton referring --

25    A    To inmates.

1   to McKean FCI.

2       Q    Who was your unit manager at Allenwood at

3   that time, if you recall?

4       A    I can't recall, but it was a -- I think it

5   was a man.  I can't recall.

6       Q    And you mentioned that you were transferred

7   or able to go to McKean because you paid off your fine,

8   is that what you said?

9       A    Yeah, it was like a court assessment fee.

10      Q    And that's a Federal District Court

11  assessment?

12      A    Yeah.

13      Q    For each count that you're convicted, you're

14  charged a dollar amount; is that correct?

15      A    I think so.

16      Q    And you had successfully paid off all of

17  this amount of money, this fine; is that correct?

18      A    Yes, sir.

19      Q    If you don't pay that fine to the Federal

20  District Court, does that prevent you from being

21  transferred?

22      A    Yes, sir, and then they put you on refusal

23  status.

24      Q    So after you paid this fine, you were then

25  eligible to go to McKean; is that correct?

21

1      A      Yes, sir.

2      Q      Did you tell prison officials at any time

3  while you were here at Allenwood that you needed to get

4  away from Eric Drayton?

5      A      No, I didn't tell them at Allenwood because

6  after -- I was in for transfer after the physical -- I

7  mean, the verbal altercation happened, so...

8      Q      How did you know Eric Drayton transferred to

9  McKean when you were there?  How did you know that he

10  transferred to McKean?

11      A      How did I know?  Because I seen him on the

12  compound.

13      Q      What unit were you housed in when you were

14  at McKean?

15      A      BB.

16      Q      And that's B as in boy; is that correct?

17      A      Yes, sir.

18      Q      What unit was Eric Drayton in when he

19  arrived at McKean, if you know?

20      A      I think BA, next door, BA.

21      Q      Building B is one self-contained building at

22  McKean; is that correct?

23      A      It's one building, but it's split in half.

24      Q      So Building B is one building at McKean; is

25  that correct?

22

1    A    Yes, sir.

2    Q    There is an A section where inmates live and

3  then there is a B section; is that correct?

4    A    Yes, sir.

5    Q    When did you have your first altercation

6  with Inmate Drayton at McKean?

7    A    It was, like, probably a month or two months

8  after he got there.  It could have been three or four

9  months.

10    Q    Are you comfortable that within one to four

11  months after Drayton arrived at McKean, you and he had

12  some altercation?

13    A    Yes, sir.

14    Q    Was this altercation at McKean, which we'll

15  call the second altercation, was this a verbal or

16  physical altercation?

17    A    It was a verbal altercation.

18    Q    Did you ever have a physical altercation

19  with Inmate Drayton other than the incident that

20  spawned this lawsuit?

21    A    No, sir.  Physical meaning if he grabbed me?

22  That's physical, too, right?

23    Q    Did Inmate Drayton ever touch you or grab

24  you or punch you or kick you or spit on you or push you

25  before the incident of August 29, 2003?

23

```
 1        A      Yes, sir.

 2        Q      When was the first time Inmate Drayton

 3   touched you?

 4        A      It was in 2002 on the rec. yard.

 5        Q      At McKean?

 6        A      Yes, sir.

 7        Q      What did Inmate Drayton do?

 8        A      He grabbed me and he started cussing at me.

 9        Q      What was the source of this argument, if you

10   can recall?

11        A      He wanted to have sex with me and he was

12   harassing me on the yard.  And I had a friend that was

13   walking with me, so my friend -- the name is Rakeem

14   Berry -- he told him to leave me alone, but he

15   wouldn't.

16        Q      Rakeem is R-A-K-E-E-M, Berry, B-E-R-R-Y,

17   does that sound about right?

18        A      Yeah.

19        Q      And he was an inmate -- Mr. Berry was an

20   inmate at McKean at the time?

21        A      Yes, sir.

22        Q      Had you ever had sex with Inmate Drayton

23   prior to this incident?

24        A      Yes, sir.

25        Q      When is the first time you had sex with
```

24

1   Inmate Drayton, here at Allenwood?

2       A    No, it was at McKean.

3       Q    The first time that you had sex with Inmate

4   Drayton at McKean, Mr. Donaldson, did you ever report

5   this to the prison officials at McKean?

6       A    No, sir.

7       Q    How many times did you have sex with inmate

8   Drayton at McKean before August 29, 2003?

9       A    Probably two or three times.  Two or three

10  times.

11      Q    Did you ever report the two or three

12  incidents of sex that you had with Inmate Drayton to

13  the Bureau of Prison officials at McKean?

14      A    No.

15      Q    Did you have sex with any other inmates

16  while you were at McKean besides Inmate Drayton?

17      A    No, sir.

18      Q    Wasn't this the source of the problem

19  between you and Drayton, the fact that other inmates

20  may have wanted to have sex with you?

21      A    No, sir.

22      Q    You don't recall ever telling bureau prison

23  officials that Drayton was jealous, was upset that

24  other inmates were approaching you for sex?

25      A    He was controlling and he wanted me to do

1   everything that he wanted me to do, like I can't go on

2   -- he don't want me on the yard, he don't want me

3   talking to other inmates, he threatened me when I

4   talked to other inmates, things like that.

5       Q       How many other times did Inmate Drayton

6   touch you when you were at McKean, touching in a

7   grabbing, in an angry fashion, punching you -- strike

8   that.  Let's go back.

9               Did Inmate Drayton ever punch you while you

10  were at McKean?

11      A       No, sir.

12      Q       Besides this incident of August 29, 2003,

13  which is well known, did Inmate Drayton ever hurt you

14  prior to that incident while you were at McKean?

15      A       Not physically; but mentally, he did.

16      Q       And the mental hurt by Inmate Drayton was

17  along this line that you just described where he was

18  trying to control your conduct and control your

19  activities and with whom you interacted; is that

20  accurate?

21      A       Yes, he was trying to control me.  He

22  threatened me.  He had threatened my cellies, and he

23  was just -- huh.

24      Q       You used this word "threaten" by Inmate

25  Drayton on more than one occasion here this morning.

26

1   What was the nature of Drayton's threats to you at

2   McKean if you didn't follow his orders?

3       A       That I'm going to be with him, that I'm

4   going to have sex with him and things of that nature.

5       Q       Did Inmate Drayton ever threaten to kill

6   you?

7       A       Yes, sir.

8       Q       Do you recall when Inmate Drayton threatened

9   to kill you while you were at McKean?

10      A       Several times in 2002, and it's probably a

11  little bit in 2001, too.

12      Q       Who did you tell at the Bureau of Prisons in

13  2002 about these threats by Inmate Drayton to kill you?

14      A       I notified my unit team of the harassment,

15  that he was -- that he kept harassing me and was coming

16  to my unit and harassing me.

17      Q       Did you tell your unit team that Drayton

18  threatened to kill you?

19      A       No, the only person that I told that was, I

20  think, the SIS lieutenant and the lieutenants.

21      Q       When did you tell the SIS lieutenant or

22  other lieutenants at McKean that Drayton threatened to

23  kill you?

24      A       When I was under investigation for

25  protective custody.

1      Q      Would this be in roughly around November of

2  2002?

3      A      Yes, sir.

4      Q      And you remember the date of November 12,

5  2002, when you ended up being in the Segregated Housing

6  Unit, which is called the SHU, S-H-U; is that correct?

7      A      Yes, sir.

8      Q      And is that what you're telling me that's

9  when you actually told the lieutenants of this threat

10  to kill you by Drayton; is that right?

11      A      That's the only time that I -- yes, sir,

12  that I notified the lieutenant.

13      Q      And that's the first time you notified the

14  lieutenants or anyone at McKean that Drayton threatened

15  to kill you, is that accurate, that's the first time?

16      A      About the killing part?

17      Q      Yes.

18      A      Yes, I think it is.

19      Q      And it's the only time you notified the

20  prison officials that Drayton threatened to kill you;

21  is that accurate?

22      A      I'm not sure, because I don't know if I told

23  the lieutenant before I went in the Special Housing

24  Unit that this inmate was trying to kill me.  I

25  remember telling them that this inmate had been

1   harassing me and he had knives and things of that

2   nature.  I don't know if I told them that he tried to

3   kill me; I'm not sure.

4        Q     But you do recall that you told a bureau

5   prison official that Drayton had a knife?

6        A     Yes.

7        Q     Do you recall who this lieutenant was by

8   name?

9        A     I can't recall the lieutenant, but it was

10  the lieutenant that placed me in SHU.  He told me that

11  I have to -- before he could place me in SHU that I

12  have to state the inmate's name who was harassing me

13  and what they was doing, and I told him specifically

14  Eric Drayton's name, and then I told him that DC

15  inmates was harassing me, also.

16       Q     If I told you that that lieutenant's name

17  was Donald Nero, does that refresh your recollection?

18       A     The only Donald Nero that I can remember is

19  the SHU officer that I refused to go back to population

20  for.

21       Q     So it would not be Donald Nero who put you

22  into the SHU, it would have been some other lieutenant,

23  to the best of your recollection?

24       A     To the best of my knowledge, I'm not sure.

25       Q     All right.  But most likely, you don't think

1     it was Donald Nero who you told about this existence of

2     a knife that Drayton had?

3         A      I'm not sure.

4         Q      All right.  Did you ever file any writing

5     with the Bureau of Prison officials complaining or

6     alleging that Drayton had a knife?

7         A      No, I didn't file it in writing, but before

8     I went to SHU, I think I signed a statement with the

9     lieutenant that night.

10        Q      And this would be in November 2002?

11        A      Uh-huh.

12        Q      Is that correct?

13        A      Yes, sir.

14        Q      After you told the lieutenant on November

15     12, 2002, of this threat by Drayton, you were

16     interviewed by other Bureau of Prison officials that

17     day; do you recall that?

18        A      That was the following day.

19        Q      All right.  If it was the following day, do

20     you recall being interviewed by Mr. Kindervator and

21     Mr. Buck?

22        A      Mr. Kindervator and Mr. Buck, yes, sir.

23        Q      And you related the same incident, same

24     threats, the same controlling behavior that Drayton had

25     shown you to Kindervator and Buck?

1    A    Yeah, that night.

2    Q    You stayed in the SHU until February of

3 2003; is that accurate?

4    A    Yes, sir.

5    Q    And, in fact, on February 12 of 2003, you

6 returned to the general population?

7    A    Yes, sir.

8    Q    You were continuously in segregated housing,

9 Mr. Donaldson, from November 12 of 2002 until February

10 12, 2003; is that correct?

11    A    Yes, sir.

12    Q    That's a period of 90 days, which is a

13 normal period of time that one is in the SHU, is that

14 correct, pending an investigation, if you know?

15    A    I don't know.

16    Q    Okay.  Fair enough.  That may be an unfair

17 question.  Were you involved in the interview of Inmate

18 Drayton with Bureau of Prison officials during this

19 time you were in the SHU?

20    A    No, sir.

21    Q    Did you know that Inmate Drayton was, in

22 fact, interviewed by Bureau of Prison officials?

23    A    Yes, sir.

24    Q    How do you know that?

25    A    Because when I was in the SHU from November

1   12, 2002, until February, the SIS lieutenant came and

2   seen me.  I was an orderly in the SHU, and he told me

3   -- he said I talked to Inmate Eric Drayton and he said

4   that he was going to -- he was not going to bother me,

5   he wasn't going to harass me, he wasn't going to do

6   nothing to me.

7          So he told me that if Inmate Drayton do

8   something to me, he was going to ship him to -- across

9   the -- he'll probably wind up in California somewhere.

10   And I told him that I didn't want to go to the compound

11   because he might kill me.

12   Q      All right.  You refused to be released to

13   general population sometime in December of 2002 over

14   this same fear that you had from Inmate Drayton; is

15   that correct?

16   A      Yes, sir.

17   Q      Prior to be being put in the SHU on November

18   12, 2002, at McKean, how many times did you go to get

19   medical attention from injuries inflicted by Eric

20   Drayton?

21   A      I seen the psychology -- the psychology

22   department, I was constantly seeing the psychology

23   department.  And then I was trying to talk to the

24   psychology doctor about the incident, that I couldn't

25   sleep and things of that nature, but he tells me just

36

1    2003, how many interactions did you have with Eric

2    Drayton?

3          A       From February --

4          Q       February 12, 2003, is when you returned to

5    general population.  Do you recall that date,

6    Mr. Donaldson?

7          A       Uh-huh.

8          Q       Is that yes?

9          A       Yes, sir.

10         Q       Thank you.  You don't know -- and you've

11   testified you don't know the exact date that Inmate

12   Drayton was released to general population; is that

13   also accurate?

14         A       Yes, sir.

15         Q       When Drayton was released to general

16   population until the date of the incident, August 29,

17   2003, how many interactions did you have with Drayton

18   that were unpleasant?

19         A       Anywhere between 5 and 15.

20         Q       When you had an unpleasant interaction with

21   Inmate Drayton, who did you tell?

22         A       I notified my unit team.  Sometime I'll be

23   on the yard, I notified the staff around, because most

24   of the time, I tell staff and he's not there, so they

25   figure, like, I'm lying.  Then he comes in the unit

41

1   of the SHU?

2        Q      Correct.

3        A      I'm not sure.

4        Q      If I told you that I reviewed all of your

5   medical records and there are no reports of you going

6   to seek medical treatment as a result of an interaction

7   with Inmate Drayton after February 12, 2003, and before

8   August 29, 2003, would you agree with me?

9        A      I'm not sure.

10       Q      Is it possible that you were injured by

11  Inmate Drayton prior to August 29, 2003, physically

12  injured?

13       A      Physically injured before 2003?

14       Q      Before August 29, 2003.  I'm simply asking,

15  did Inmate Drayton ever physically hurt you before

16  August 29, 2003?

17       A      He grabbed me and things of that nature.

18       Q      Did he hurt you?

19       A      No.

20       Q      Did you suffer any injuries, physical

21  injuries, as a result of touching by Inmate Drayton?

22       A      Not physically.

23       Q      And you did suffer mental stress, mental

24  injury, as you testified earlier today, because of this

25  touching by Inmate Drayton; is that correct?

42

1    A    Yes.

2    Q    You indicated that you had 5 to 15 incidents

3  with Inmate Drayton before August 29, 2003.  Do you

4  recall that testimony?

5    A    Yes, sir.

6    Q    Every one of those incidents, did Inmate

7  Drayton touch you?

8    A    No, sir.

9    Q    How many of those incidents did Inmate

10  Drayton touch you before August 29, 2003?

11    A    I'm not sure.

12    Q    When you were in McKean, Mr. Donaldson, did

13  you try and further your education?

14    A    Yes, sir.

15    Q    How did you do that?

16    A    I was in GED class.

17    Q    When did you first start taking GED classes

18  at McKean?

19    A    I'm not sure of the specific dates that

20  time.

21    Q    How often did you take GED classes at

22  McKean?

23    A    I was scheduled to go Monday through Friday.

24    Q    When did you take GED classes at McKean

25  time-wise, during the morning, the afternoon?

43

1          A       The afternoon.

2          Q       Did you have GED classes in the evening?

3          A       No, sir.

4          Q       There were no GED classes in the evening,

5     were there?

6          A       No, sir.

7          Q       Do you recall your schedule when you took

8     GED classes in the afternoon, every day, Monday through

9     Friday?

10         A       Monday through Friday.

11         Q       What time did you start the classes?

12         A       I'm not sure.  I think it was at 12:00 to

13    1:30 or 2:30, something like that, in between.

14         Q       So is it your testimony that your GED

15    classes were approximately two and a half hours in

16    length?

17         A       No, the classes wasn't that long.  I think

18    it was, like -- I think it was for, like, an hour or

19    two hours.  I think it was two hours, but I don't know

20    the exact time that it started or ended.

21         Q       Fair enough.  Did you have a different

22    instructor each day of the week when you took these GED

23    classes?

24         A       No, we have the teacher, but sometimes you

25    have another teacher that comes in and substitutes.

44

1     Q      Who was the teacher for your GED classes at

2  McKean?

3     A      I can't recall the name.

4     Q      But that teacher would have been the same

5  person during the entire GED class; is that correct?

6     A      Yes, sir.

7     Q      Did you get your GED?

8     A      No, sir.

9     Q      How short of your GED are you?

10     A      I was kind of close as far as getting it,

11  but now -- I mean, I just can't -- since the incident,

12  I can't sit in the classroom.

13     Q      In August of 2003, how many other inmates

14  were in the GED classes, roughly?  Five, ten?

15     A      Ten to, say, 20.

16     Q      Did this number of inmates who were in the

17  GED, Mr. Donaldson, fluctuate, did it vary or did it

18  stay the same?

19     A      It varies.

20     Q      Sometimes it would go up, and some other

21  days it would go down; is that correct?

22     A      Not in a day.  Say weeks, a couple of weeks,

23  it would go up, sometimes it would go down.

24     Q      Do you remember how long the term was for

25  GED classes?  Was it all year, year-round, was it

45

1  during the summer, the fall, the spring?

2        A     No, it's all year-round.

3        Q     If you had GED classes from 12 p.m. to 2:30

4  p.m., where were you located physically at McKean for

5  these classes?

6        A     Inside the classroom.

7        Q     Does that classroom have a number or a name

8  -- that department?  Was this the education department?

9        A     It was in the education department.  The

10 classroom was directly across from -- I guess you could

11 call it the staff lounge, because most of the teachers

12 would be in that room.

13       Q     Did you sit at a desk inside this classroom?

14       A     Yes, sir.

15       Q     Because you had to take notes or take exams;

16 is that correct?

17       A     Yes, sir.

18       Q     Who did you sit by in that classroom?

19       A     I'm not sure of the inmate's name.

20       Q     Did you sit by the same person every day?

21       A     I sat in the same seat mostly every day,

22 yes.

23       Q     Did Inmate Drayton take GED classes at

24 McKean?

25       A     I don't know.

1   the liquid was coming in my eye and I couldn't see

2   nothing after that.

3       Q      But you're sure that Inmate Drayton used

4   some sort of a container with the liquid and threw that

5   into your face, you saw that; is that right?

6       A      Yes.

7       Q      You're sure of that?

8       A      Yes.

9       Q      It wasn't any other inmate?

10      A      No.

11      Q      And it was a container that Drayton had that

12  contained this -- whatever this substance was; is that

13  correct?

14      A      Yes.

15      Q      How quickly after you heard Drayton call you

16  bitch did the liquid hit your face?  Immediately?

17      A      Like seconds.

18      Q      When is the last time you saw Drayton before

19  that incident on August 29, 2003, at McKean?

20      A      Before then, he used to come in the

21  classroom and he would sit and he used to be talking to

22  somebody in the classroom, and I don't know the

23  inmate's name, but he used to just come inside the

24  classroom and talk to someone.  The teacher put him out

25  numerous times.

1        Q       So if I get this right, Mr. Donaldson,

2    numerous times before August 29, 2003, Drayton had

3    visited the classroom you were taking the GED; is that

4    accurate?

5        A       Yes.

6        Q       Do you remember when you started GED classes

7    at McKean?

8        A       No, sir.

9        Q       It was after you came out of the SHU on

10   February 12, 2003; is that accurate?

11       A       Yes.

12       Q       You did not take GED classes before you went

13   in the SHU?

14       A       I can't recall.

15       Q       All right.  But anyway, after you came out

16   of the SHU, February 12 of 2003, is it your testimony

17   that you would see Inmate Drayton in the education

18   classroom you were in prior to August 29, 2003?

19       A       Yes.

20       Q       Did you see him every day in that education

21   department?

22       A       No, it wasn't every day.

23       Q       Was it more than five times before August 29

24   that you saw Drayton in your classroom?

25       A       I'm not sure.

52

1    A    I mean, I can't say what another inmate --

2    the statement that another inmate used, but, I mean, as

3    far as me, I don't have no clue of why he did what he

4    did.  I can't speak for him.

5    Q    After you got out of the SHU February 12 of

6    2003, Mr. Donaldson, did you ever have a lover's

7    quarrel with Drayton before August 29, 2003?

8    A    No, we didn't have no lovers quarrel.  I

9    told him when he came to my unit after he was released

10   from the hole to stop harassing me and leave me alone.

11   He was still continuing that.

12   Q    Did you have sex with Drayton between

13   February 12, 2003, and August 29, 2003?

14   A    No.

15   Q    So the sex you had with Drayton was before

16   November 12, 2002; is that accurate?

17   A    Yes.

18   Q    Was that the source of the problem between

19   you and Drayton, the fact that you did not have sex

20   with him?

21   A    I don't know if that was the source of the

22   problem.  I'm not sure.  I'm not sure what the problem

23   was.

24   Q    Now, today, you told us about August 29,

25   2003, and this terrible incident where you had a

MLP REPORTING, INC.  (570) 748-1041

56

1     Q    You said you smelled coffee, you smelled the

2  hair relaxer, and anything else that your smell picked

3  up, Mr. Donaldson, on August 29, 2003?

4     A    It was like seasoning.  I think I smelled

5  seasoning.

6     Q    When you say seasoning, do you mean akin to

7  pepper?

8     A    Yeah, like what they call cooking

9  seasonings.

10     Q    Fair enough.  Herbs and spices, it could be

11  oregano, that's what you're talking about?

12     A    Yes, sir.

13     Q    You mentioned that the substance burned; is

14  that correct?

15     A    Yes, sir.

16     Q    Did the substance go into both of your eyes

17  or just one of your eyes?

18     A    It went in both of my eyes.

19     Q    And you mentioned that it went on your hair;

20  is that correct?

21     A    Yes, sir.

22     Q    And it went on your face?

23     A    Yes, sir.

24     Q    And what other parts of your body did it go

25  on?

1     A    It burnt through my clothes and touched my

2  shoulders.

3     Q    Was the substance hot?

4     A    Yes, sir.

5     Q    Did you receive any assistance from BOP

6  personnel at the classroom?

7     A    I was immediately rushed from the classroom

8  to -- they call it a mop room -- to rinse out my eyes.

9  They were trying to rinse out my eyes and rinse the

10  chemicals or whatever he threw on me out of my face.

11     Q    Now, who was doing that, the teacher?

12     A    It was staff.  I'm not sure who was doing

13  it, but it sounded like a teacher.

14     Q    If I told you the teacher's name was

15  Nicholson, does that ring a bell?

16     A    Yes, that rings a bell.

17     Q    And was Teacher Nicholson the person who was

18  trying to rinse this liquid, this substance out of your

19  face, if you know?

20     A    I'm not sure if it was -- I know it was a

21  lady who did it, I'm not sure if she was medical or if

22  she was in the education department.

23     Q    Did you go to the Health Services Unit then

24  at McKean for further treatment after they tried to

25  rinse this out of your face?

58

1      A      Yes, sir.

2      Q      Could you see when you went to the Health

3   Services Unit?

4      A      No, I couldn't.  I could blink my eye --

5   blink my eyes open, but they would burn for me to open

6   my eyes.  So when they -- I couldn't see to the health

7   service, they had to guide me to there, I couldn't see,

8   because the sun was out and the chemicals was burning

9   my face if I tried to open up my eyes.

10     Q      You do remember going to health services or

11  being told you were going health services at McKean; is

12  that correct?

13     A      Yes, sir.

14     Q      That same day, August 29, 2003, you were

15  then taken to Bradford Regional Hospital, is that

16  correct, for further treatment?

17     A      Yes, sir.

18     Q      Were you taken by ambulance or did a prison

19  staff take you, if you know?

20     A      I think prison staff took me.

21     Q      Were you treated and released at Bradford

22  Hospital on August 29 or were you admitted to the

23  hospital?

24     A      I don't know if they admitted me to the

25  hospital.  All I know is I was taken to the hospital

59

1   for additional treatment.

2       Q    Do you recall if you saw an ophthalmologist

3   at the hospital?

4       A    For my eyes?

5       Q    Yes.

6       A    Yes.

7       Q    And did they treat your burns on your hair,

8   and what about your face and your shoulder?  Do you

9   recall what the treatment was?

10      A    No, I'm not sure.

11      Q    But you're fairly certain that you were

12  treated and released at the hospital on August 29 and

13  then returned to McKean that same day?

14      A    Yes, sir.

15      Q    What were the extent of your injuries?

16  Let's start with your eyes.  What were the extent of

17  your injuries to your eyes?

18          THE WITNESS:  Excuse me, could we take a

19  break for a moment?

20          (Witness emotional.)

21          (A recess was taken from 12:14 p.m. until

22  12:16 p.m.)

23          MR. SKIRTICH:  Let's go back on the record.

24  And I remind you, Mr. Donaldson, you're still under

25  oath.

1     A    I notified him before I went into protective

2   custody, also.

3     Q    Okay.  And, in fact, that's in your

4   Complaint, that you notified Counselor Buck; is that

5   correct?

6     A    Yes.

7     Q    Well, let's go back.  Take a look at

8   Paragraph 7 and 8, please.  In 7 and 8, you say that on

9   November 12, 2002, when you were in the SHU, you were

10  interviewed by Buck and Kindervator.  In fact, that's

11  the same date that you requested to get into the SHU;

12  is that right?

13     A    November 12, yes.

14     Q    So the same day that you requested to get

15  into the SHU, and after you spoke with the lieutenant,

16  Kindervator and Buck apparently interviewed you; is

17  that correct?

18     A    Yes.

19     Q    And in 7 and 8, you name Drayton as your

20  harasser and that you told Buck and Kindervator that

21  you feared being injured by Drayton; is that correct?

22     A    Yes, sir.

23     Q    Now, in your Complaint, you don't have

24  anything that you told Buck before November 12, 2002,

25  that you were in some fear of attack by Drayton; is

73

1        A      No.

2        Q      Did you talk to Captain Reich before you

3   were in the SHU about your fear of Drayton?

4        A      No.

5        Q      Did you talk to Lamanna before November 12,

6   2002, about your fear of Drayton?

7        A      No.

8        Q      Did you talk to Kindervator before November

9   12, 2002?

10       A      I'm not sure that I talked to Kindervator,

11  but I know I talked to Counselor Buck.

12       Q      Okay.  Fair enough.  And the SIS lieutenant,

13  who we don't have a name -- but you didn't talk to the

14  SIS lieutenant until after you were in the SHU about

15  Drayton; is that accurate?

16       A      Yes.

17       Q      And Dr. Rhinehart, did you talk to Rhinehart

18  before you were in the SHU about Drayton?

19       A      I'm not sure.

20       Q      Okay.  Now, when you were in the SHU, as you

21  detail in your Complaint, several prison employees

22  interviewed you that day or the day after about

23  Drayton; is that accurate?

24       A      Yes.

25       Q      And, in fact, that's why -- since you named

76

1    an orderly in the unit -- he wrote me a -- he wrote me

2    a letter.

3              I couldn't -- I mean, after I went to SHU, I

4    received the letter, but I didn't have the letter in my

5    possession because I couldn't see, but my celly --

6    (witness emotional.)

7              My celly was reading the letter to me that

8    he had supposedly wrote, and he was calling me all

9    kinds of names.  I don't know if he threatened me in

10   the letter or not, I can't recall.

11             But I know after receiving the incident on

12   August 29, 2003, and then receiving the letter -- I

13   can't even recall what the letter was, but I know it

14   wasn't a friendly letter, and I asked my celly to throw

15   the letter -- or give the letter back to the orderly or

16   throw it in the toilet.

17       Q    When you were interviewed on November 12,

18   2002, by Kindervator, this was after you had asked to

19   be placed in the SHU; is that correct?

20       A    Yeah.

21       Q    And you recall that Kindervator and Buck

22   came to speak with you on November 12, 2002, do you

23   recall that?

24       A    Yes, I think it was that day or several days

25   after.

1      Q      And I'm reading from Kindervator's report,

2   which we'll make Deposition Exhibit 2, and it says on

3   November 12, 2002, inmate Donaldson was placed in the

4   SHU after requesting protective custody, that would be

5   accurate; is that right?

6      A      Yes.

7      Q      The inmate was interviewed that same day by

8   Unit Manager Kindervator and Counselor Buck in the SHU.

9   Do you dispute that they interviewed you that same day?

10     A      Yeah, it could have been the same day.  I

11  don't know the exact day, but it could have been that

12  same day because I came -- I went in at, like, 1 or

13  2:00 in the morning, so it could have been the same day

14  the next morning.

15     Q      What was Drayton's nickname?

16     A      I'm not sure.  They called him Supreme, they

17  called him Seven.

18     Q      And what was the second one?

19     A      Seven.  Most of them from New York, they

20  call him Seven.

21            MR. SKIRTICH:  Off the record.

22            (Discussion held off the record.)

23            MR. SKIRTICH:  Back on the record.

24  BY MR. SKIRTICH:

25     Q      When you interviewed with Kindervator and

82

1          THE WITNESS:  Yes, sir.

2          MR. SKIRTICH:  Thank you.

3    BY MR. SKIRTICH:

4          Q      You testified before that at the time of

5    this incident, August 29, 2003, Inmate Drayton was in

6    the education classroom with you, do you recall that

7    testimony, in the same classroom as you were?

8          A      Yes, he was in the same classroom.

9          Q      You were seated at your desk at the time of

10   the incident; is that correct?

11         A      Yes.

12         Q      When you came in to the classroom on that

13   day, did you see Inmate Drayton already present before

14   you sat down?

15         A      I can't recall, but to the best of my

16   knowledge, I don't think that I seen him.  I can't

17   recall.

18         Q      But Drayton came in after you and then went

19   and spoke to another inmate in the classroom before the

20   incident, I believe that was your testimony?

21         A      No, he came -- he used to come in the

22   classroom before and talk to another inmate.  I don't

23   know if he talked to an inmate -- I'm trying to -- hold

24   on a second.

25         Q      And for the record, just for you, this is

83

1   for August 29, 2003. And maybe the easiest question

2   is, when is the first time you saw Inmate Drayton on

3   August 29, 2003, in this classroom?

4        A    I'm not sure if he was sitting talking to an

5   inmate on the side of me or he was already in the

6   classroom when I came in the classroom; I'm not even

7   sure.

8        Q    Were you aware that Drayton was in the

9   classroom before this incident occurred on August 29?

10       A    (Witness shrugs shoulders.)

11       Q    That's fair enough. You don't know.

12   Drayton was in the classroom prior to August 29, 2003,

13   the classroom where you were taking GED classes,

14   correct? At some point, he was in that classroom prior

15   to August 29, 2003?

16       A    Yes, he could have been. I mean --

17       Q    I thought your testimony was you had seen

18   Drayton in the classroom prior to the incident speaking

19   with other inmates?

20       A    No, he used to come in the classroom and

21   speak -- before, speaking with other inmates in the

22   classroom and the teacher used to run him out. I'm not

23   sure that day that he came in and spoke with other

24   inmates, I'm really not sure.

25          Because after the incident, the only thing

84

1  -- I mean, really the only thing at this time that I

2  can remember about August 29, 2003, before the incident

3  is when he -- because I had to go through so much after

4  he threw the chemicals in my face, I can't really

5  recall that he was sitting on the side of me or he was

6  -- I don't know.

7      Q    Now, you did say that he was in the

8  classroom before the teacher threw him out on prior

9  occasions?

10     A    Yes.

11     Q    Do you recall the teacher at McKean throwing

12 Drayton out of that classroom prior to August 29, 2003?

13     A    I don't know the teacher's name.  I don't

14 know if it was the teacher that was assigned -- my

15 teacher that was in the classroom or a substitute

16 teacher, but I know they asked him on a couple of times

17 to leave the classroom.

18     Q    If it was a teacher or if it was a

19 substitute, a BOP official asked Drayton to leave on

20 occasion before August 29, 2003; is that accurate?

21     A    Yes.

22     Q    And the staff personnel, the BOP personnel

23 who asked him to leave knew that Drayton didn't belong

24 in the classroom prior to August 29; is that accurate?

25     A    Yes.