Exhibit 2

**U.S. Department of Justice**

**Federal Bureau of Prisons**

Federal Correctional Institution, McKean          Bradford, Pennsylvania 16701

December 2, 2002

MEMORANDUM FOR CINDY BILLISITS, ASSOCIATE WARDEN (PROGRAMS)
FCI MCKEAN, PENNSYLVANIA

FROM:       CHARLES KINDERVATER, UNIT MANAGER

THRU:       DONALD REICH, CAPTAIN

SUBJECT:    REQUEST FOR PROTECTIVE CUSTODY
            (DONALDSON, Sadrick #20102-018)

**INMATE DATA:**

Inmate Donaldson is a 25 year old offender who arrived at FCI McKean on November 9, 2001. He is serving a 240 month sentence for Conspiracy to Possess with Intent to Distribute Crack Cocaine. Inmate Donaldson has a projected release date of August 20, 2014, via good conduct time. He has no detainers at this time.

**INCIDENT SUMMARY:**

On November 12, 2002, inmate Donaldson was placed in the special housing unit (SHU) after requesting protective custody. The inmate was interviewed that same day by Unit Manager Kindervater and Counselor Buck in the special housing unit.

**INVESTIGATION:**

During the interview, inmate Donaldson stated that an inmate named "Supreme" was pressuring him for a relationship. This inmate has been identified as Eric Drayton, #31387-037. Donaldson stated that Drayton and he were involved in a relationship at USP Allenwood. Donaldson stated that Drayton wanted to continue the relationship here at McKean but that he did not want to. Donaldson stated that Drayton has been coming to the unit and pressuring him in the evenings. He also stated that three other inmates approached him on the compound about a month ago for sex but did not assault him. Donaldson stated that Drayton tried to prevent him from talking to any other inmates and gets very defensive towards any inmates who talk to him. Donaldson stated he does not think that Drayton will hurt him but that he might hurt someone else if he sees someone talking to Donaldson. Donaldson stated he could not take it any more and would like to remain in SHU or be transferred to get away from Drayton. He also started crying several times during the interview.

I interviewed inmate Drayton and asked him if it was safe for Donaldson to return to general population. Drayton stated that he wanted to move up to unit B and live with Donaldson. He also stated that the reason Donaldson checked in to the special housing unit was that Donaldson was upset because he and Drayton could not live together.

Page 2
December 2, 2002

RE: DONALDSON, Sadrick
    Reg. No. 20102-018

Drayton asked me several times if I would consider moving him into Donaldson's unit and subsequently his cell. Drayton stated that Donaldson was not in any danger and that he would never do anything to hurt Donaldson.

**OTHER INFORMATION:** (In this section include all related information available to the unit team at the time of the investigation that supports the teams comments/conclusions, i.e., inmate statements, staff memos, C/I information, PSI, central file, media, security camera, etc.)

I have verified that inmate Donaldson and Drayton were incarcerated at USP Allenwood during the same time period. I have also interviewed inmate Donaldson's cellmate, inmate Wilkerson, #18552-083. Wilkerson stated that he has witnessed inmate Drayton coming into the unit on numerous occasions and spending time arguing with Donaldson in his cell. Wilkerson stated that the night before Donaldson requested to be placed in the SHU, inmate Drayton was in Donaldson's cell for about an hour and they were arguing. He stated that Donaldson was up crying all night and then checked in to the SHU. Inmate Drayton approached me several months ago and requested to transfer to unit BB. Drayton was also asking Captain Reich for a unit transfer to unit BB and was very persistent in his attempt to move from unit DB to BB. Drayton stated that the reason he wanted to move to unit BB was to help out the staff as an informant on illegal activities which were being conducted in unit BB.

**COMMENTS/CONCLUSION:** Based on the information provided to Mr. Buck and me by inmates Donaldson, Drayton, and Wilkerson, it appears there is some tension between inmate Donaldson and Drayton. There has been no evidence presented which would lead us to believe there is a threat to Donaldson's safety. I recommend Donaldson should be returned to the general population at FCI McKean and be more closely monitored by unit staff and officers to prevent visitors from other units from entering the unit. I also recommend a picture of inmate Drayton be maintained in the unit BB officer's office, at least temporarily, so any officers will be alerted to Drayton entering the unit unauthorized. Inmate Drayton currently resides in unit DB.

**FOI EXEMPT**

Prepared By: _____
Charles Kindervater, Unit Manager

Recommendations: Return to general population

Reviewed By: _____
Mark Chiodo, SIS

Recommendations: Concur. Return to general population

Reviewed By: _____
Donald Reich, Captain

Recommendations: Return to general population

**FOI EXEMPT**

Cindy Billisits, AW(P)
Page 3
December 2, 2002

RE:   DONALDSON, Sadrick
      Reg. No. 20102-018

Reviewed By: *C. Billisits*
Cindy Billisits, AW(P)

Decision/Action Ordered: *Counsel Donaldson and Drayton concerning no inter-unit visits. Let's try general population.*

**FOI EXEMPT**