# Exhibit 3

288.052 INCIDENT REPORT CDFM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                  FEDERAL BUREAU OF PRISONS

1. Name Of Institution: Federal Correctional Institution McKean
                        Part I – Incident Report                    105770S

| 2. Name Of Inmate DONALDSON, SADRICK | 3. Register Number 20102-018 | 4. Date Of Incident 12-19-02 | 5. Time 1:15PM |
|---|---|---|---|

| 6. Place Of Incident Special Housing Unit CELL | 7. Assignment SHU UNASSGN | 8. Unit SHU (BB) | |

9. Incident    REFUSING PROGRAMS                    CODE:306

11. Description Of Incident (Date:12-19-02 Time 1:15PM Staff become aware of incident)
    ON 12-19-02 AT APPROXIMATELY 1:15PM, I STATED TO INMATE DONALDSON TO PACK HIS
PROPERTY BECAUSE IS WAS RETURN TO GENERAL POPULATION.  INMATE DONALDSON STATED HE WAS
NOT RETURNING TO THE COMPOUND.

| 12. Signature Of Reporting Employee | Date And Time 12-19-02 1:45PM | 13. Name And Title (Printed) DONALD NERO, SENIOR OFFICER |
|---|---|---|

| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered 12-19-02 | 16. time Incident Report Delivered 6:25 pm |
|---|---|---|

Part II – Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

Inmate Donaldson said that he won't go back to the compound because of DC inmates pressuring
him for sex.

| 18. A. It Is The Finding Of The Committee That You: ___ Committed The Following Prohibited Act. ___ Did Not Commit A Prohibited Act. | B. XXXXX The Committee Is Referring The Charge(s) To The DHO For Further Hearing. C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |
|---|---|

19. Committee Decision Is Based On The Following Information
If inmate is found to have committed the prohibited act, greater sanctions should be
considered than are available at the UDC level.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO
finding inmate committed prohibited act)
15 days D/S, loss of 7 days GCT

21. Date And Time Of Action 12-20-2002  9:50 am    (The UDC Chairman's Signature Next To
His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects
The UDC Proceedings.)
G. Buck                                 T. Holt
Chairman (Typed Name/signature)         Member (Typed Name)        Member (Typed Name)

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy -
Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)              Replaces BP-288(52) Of Jan 88

| Part III – Investigation | 22. Date And Time Investigation Began<br>12-19-2002 6:25PM |
| --- | --- |

**23. Inmate Advised Of Right To Remain Silent:** You Are Advised Of Your Right To Remain Silent At All Stages Of The Disciplinary Process But Are Informed That Your Silence May Be Used To Draw An Adverse Inference Against You At Any Stage Of The Institutional Disciplinary Process.  You Are Also Informed That Your Silence Alone May Not Be Used To Support A Finding That You Have Committed A Prohibited Act.

The Inmate Was Advised Of The Above Right By R. POITRAS, Lt. At (Date/time) 12-19-02 6:25PM

**24. Inmate Statement And Attitude**

INMATE DONALDSON, SADRICK #20102-018,  WAS IDENTIFIED, GIVEN A COPY OF THIS REPORT, AND ADVISED OF HIS RIGHTS AND SAID HE UNDERSTOOD THEM. ACKNOWLEDGING THIS THE INMATE STATED: " I'M CONCERNED FOR MY SAFETY, STILL."  INMATE DONALDSON DISPLAYED A FAIR ATTITUDE DURING THIS INVESTIGATION.

**25. Other Facts About The Incident, Statements Of Those Persons Present At Scene, Disposition Of Evidence, Etc.**

INMATE DONALDSON DID NOT REQUEST FOR ANY WITNESSES. ALL FACTS ARE CONTAINED IN THE BODY OF THIS REPORT

**26. Investigator's Comments And Conclusions**

BASED ON THE REPORTING STAFF MEMBERS STATEMENT AS OUTLINED IN SECTION 11 OF THIS REPORT, I FIND THE CHARGE 306 TO BE SUPPORTED.

**27. Action Taken**

INMATE DONALDSON REMAINS IN PRESENT STATUS AND THIS MATTER IS REFERRED TO THE UDC FOR FURTHER PROCESSING.

Date And Time Investigation Completed 12-19-2002 7:00PM

Printed Name/signature Of Investigator ROBERT POITRAS

Signature _____     LIEUTENANT
                                   Title