IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADRICK DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-257E |
| | ) Magistrate Judge Baxter |
| UNITED STATES OF AMERICA, | ) Judge McLaughlin |
| Defendant. | ) |

## NOTICE OF TAKING DEPOSITION

TO:     Sadrick Donaldson
        Register No. 20120-018
        FCI Allenwood
        P.O. Box 2000, 4-B
        White Deer, PA 17887-2000

PLEASE TAKE NOTICE that defendant, United States of America, shall take the deposition upon oral examination of Sadrick Donaldson, at 11:00 a.m. on May 5, 2005, at FCI Allenwood, Route 15N, Lewisburg, PA 17887.

The said deposition shall be used for discovery in the trial of the above case, and the same shall be taken before an officer authorized to administer oaths by law and to take testimony. You are hereby notified to attend, to bring any and all original or copies of documents relevant to your lawsuit and to participate in the deposition as shall be proper.

Ex. A-1

If the foregoing deposition is not commenced or if the same is commenced but not completed on the day aforesaid, such deposition will be adjourned and continued from time to time until completed, without further notice other than oral proclamation at the place above stated.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

*/s/ Paul E. Skirtich*
PAUL E. SKIRTICH
Assistant U.S. Attorney
Western District of PA
700 Grant Street, Suite 400
Pittsburgh, PA 15219
(412) 894-7418
PA ID NO. 30440

cc: Diana Lee

Ex. A-2