Exhibit

C

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

(1)

# INMATE INJURY ASSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Donaldson Sidrick | 20102-018 |
| **4. Injured's Duty Assignment** | **5. Housing Assignment** | **6. Date and Time of Injury** |
| Unit orderly | BB | 8/29/03 1300 |
| **7. Where Did Injury Happen** *(Be specific as to location)* | *Work Related?* ☐ Yes ☒ No | **8. Date and Time Reported for Treatment** |
| Classroom Education | | 8/29/03 1305 |

9. Subjective: *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

"I was sitting on my chair when inmate [redacted] threw a hot Fluid in my Face" Pain 10 on 1-10 scale x unable to sign

*Signature of Patient*

10. Objective: *(Observations or Findings from Examination)*

*X-Rays Taken* ____ *Not Indicated* X

**X-Ray Results**

2° burn nose & Face
both shoulders 1° burn
eyes very red, irritated, tearing

11. Assessment: *(Analysis of Facts Based on Subjective and Objective Data)*

1° + 2° burns

12. Plan: *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

1) Eyes, Face rinsed c̄ cold $H_2O$
2) Woods lamp exam done
3) Silvadine to areas 4) TO Hospital

13. This Injury Required:

☐ a. No Medical Attention
☒ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)
TO Hospital

Self Carboned Form ... PRESS HARD

Exhibit C page (1)

Ex. C

BRADFORD REGIONAL MEDICAL CENTER (2) BRADFORD NURSING PAVILION

| DATE | Note progress of case, complication, consultations, change in diagnosis, condition on discharge, instructions to patient |
|---|---|
| 8/29/3 | Ophthalmology |
| 4:45pm | Hx 26 y/o prisoner splashed in face + eyes with a mixture of muslin oil, pepper, + oven cleaner. left eye got more of material in it. Prisoner flushed eyes last prison told by staff c̄ flushing. Morgan lens used to irrigate both eyes. Pt states eyes are more comfortable since morgan lens - Vision blurred left eye more so than Right. No previous problems with vision Normal acuity 20/40 ou. |
| | meds Ø Allergies NKDA |
| | PocHx Ø |
| | Exam VA distance ~20/160, 20/200 P 4, 4 ⊖ APD CVF Full ou |
| | EOM full pH 8.0 (R), 8.0 (L) Ext burns to nose + cheeks |
| | Slit Lamp |
| | Lids normal Conj 2+ injection Cornea OD OS |
| | Ant Chamber - Normal |
| | lens Clear |
| | superficial keratitis Ødefects Øinfiltrates |
| | A/P Chemical keratitis OS > OD |
| | Tx c̄ Erythro ophth. oint to ou Q4° until defect sealed. If still inflammed p̄ 48° hours may consider topical steroid. f/u at FCI McKean c̄ Dr Beam. Call if further eval needed. |
| | [signature] MD 778-0177 |

PROGRESS RECORD

Scdricke Donaldson

[stamp] Olson, MD 9/2/03

124 Exhibit C page (2) D047

(3.)

BRADFORD REGIONAL MEDICAL CENTER

# EMERGENCY DEPARTMENT TRIAGE ASSESSMENT PHYSICIAN ORDERS

SIGN IN TIME: 1510 TIME INTO ED: 1515
TRIAGE TIME: 1510 RM # 7E

DATE: 8/19/03 LAST NAME: Donaldson FIRST NAME: Sedrick AGE: 26 DOB: 3/29/77

CC: Chemical burns to face and TRIAGE LEVEL I ☐ II ☒ III ☐ ED MD

TRIAGE NOTE: eyes - mixture of muslim oil & pepper & oven cleaner

TRIAGE NURSE SIGN.

ARRIVED VIA: ☐ WALK ☐ WC ☐ STRETCHER ☐ CARRIED ☐ AMBULANCE ☐ BLS ☐ ALS SERVICE ☐ NURSING HOME ATTENDING MD SERVICE PCP

PRG ☐ Y ☒ N LMP: N/A ☐ HYST ☐ PM LAST TETANUS: N/K PRE HOSPITAL CARE ☐ NONE ☐ C SPINE IMMOBILIZED ☐ $O_2$ @ ☐ IV

PMH: @ prison

CURRENT MEDICATIONS: ☐ NONE ☐ USE OF HERBS
☐ PNEUMOCOCCAL VACCINE ☐ FLU SHOT
None

ALLERGIES ☐ FOOD ☐ LATEX
NKDA

VITAL SIGNS

| TIME | T (PO/TYM/Rectal) | P | R | BP |
|---|---|---|---|---|
| | 99.1 | 76 | 16 | 138/8[illegible] |
| | | | | |

| TIME | $SpO_2$ | TIME | $SpO_2$ | Wt. lbs/kg |
|---|---|---|---|---|
| | | | | |

PAIN
☐ Denies: Scale: Location:
Onset: Radiates to:
Type: ☐ Constant ☐ Variable ☐ Intermittent
Quality: ☐ Sharp ☐ Dull ☐ Ache ☐ Throbbing ☐ Heavy ☐ Tightness ☐ Cramping ☐ Pressure

D.V. SCREEN
☐ Are you living in a situation where you feel you are afraid or abused ☐ Y ☐ N
☐ Referal Made To:

ADVANCED DIRECTIVES - Y - N
Visual Acuity ☐ With Lenses ☒ Without Lenses
20/200 OS 20/70 OD 20/70 OU

NURSING ASSESSMENT

| ORTHO VS | TIME | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

TIME: ☐ RESTRAINTS TYPE:
☐ CARDIAC MONITORING ☐ CONTINUOUS PULSE OXIMETRY ☐ ICE APPLIED ☐ GLUCOMETER
☐ WOUND/BURN CARE ☐ CRUTCH TRAINING ☐ WORK/SCHOOL EXCUSE ☐ DRESSING

C/O 1st + 2nd° burn face and shoulders - irritation + burning of eyes. Eyes were flushed at the prison + Silvadene cream applied to burns. Incident happened @ FCI McKean. Another custodian threw hot muslim oil + pepper mixture + possible oven cleaner into face - as per. Bed was seen by N.P. @ the prison. Pt states his distance vision is poor normally. Visual visual 20/200
[signature]

HIPAA Information
Released ☐ Y ☐ N
☐ CALL BELL ☐ N/A
☐ SIDE RAILS UP ☐ N/A

VALUABLES
☐ NONE ☐ GLASSES ☐ HEARING AID
☐ JEWELRY ☐ DENTURES ☐ CLOTHING
☒ CONTACTS ☐ OTHER

LABORATORY
☐ CBC c̄ diff ☐ UA ☐ C & S ☐ Cath ☐ Cl catch
☐ BMP ☐ CMP ☐ THROAT CS
☐ PT/PTT/INR ☐ GC / CHLAMYDIA
☐ AMY ☐ LIP ☐ STREP
☐ CK ☐ TROP ☐ RAPID ☐ C & S
☐ ABG ☐ SPUTUM
☐ BHCG ☐ QL ☐ QT GS C & S AFB
☐ CCU PROFILE ☐ WOUND
☐ HEPATIC PRO. ☐ AEROB. ANAEROBIC
☐ DRUG SCREEN U/S ☐ EKG
☐ TRAUMA PRO ☐ MONITOR
☐ T & S ☐ $SpO_2$
☐ T & C ___ units ☐ $O_2$ ☐ CANNULA ☐ MASK/NRB
☐ PEAK FLOW

REMOVED BACKBOARD/STABILIZING DEVICES AIRWAY SUCTIONED
SEIZURE PRECAUTIONS RING REMOVAL PHOTOGRAPHS
PATIENT TO DIAGNOSTIC IMAGING PATIENT EDUCATION DIET EDUCATION

| # | SOLUTION / MED | AMT | ROUTE/SITE | TIME | SIGNATURE |
|---|---|---|---|---|---|
| | Td [illegible] | 0.5 | [illegible] | | |
| | adult Td | 0.5cc | IM | 1525 | [signature] |

D048

Exhibit C page (3)

| | | |
|---|---|---|
| ☐ ASA ☐ APAP | | ☐ CXR ☐ PA & LAT |
| ☐ TEGRETOL | | ☐ C-SPINE |
| ☐ OTHER | | ☐ SURG ABD |
| ☐ | | ☐ KUB |
| ☐ | | ☐ US |
| ☐ | | ☐ CT |
| ☐ | | ☐ CONTRAST ☐ WITHOUT |
| ☐ | | ☐ RESP. TMT BY NURSE |

DISPOSITION: OBSERVATION ☐ ADMIT ☐ BED # ☒ HOME ☒ PT. RECEIVED WRITTEN INSTRUCTIONS

TRANSFERRED TO: ☐ OLD RECORD TO FLOOR

RECEIVING MD: REFERRING MD:

REPORT TO: TIME OUT: ACCOMPANIED BY

DISCHARGE NURSE SIGNATURE:

CONDITION: ☐ STABLE ☒ IMPROVED ☐ NO CHANGE ☐ CRITICAL ☐ EXPIRED ☐ DOA

164

DIAGNOSIS:

☐ T-SHEET ☐ DICTATED

MD / CRNP SIGNATURE:

Reviewed by D. Olson, MD

D049

Exhibit C page (4.)

BRADFORD REGIONAL MEDICAL CENTER

BRADFORD, PENNSYLVANIA

RECORD OF TETANUS & DIPTHERIA TOXOID BOOSTER

NAME: [handwritten signature]

RECEIVED A TETANUS & DIPTHERIA TOXOID BOOSTER ON

8/27/03

DATE

*This card is an important part of your medical history– Please carry it with you.*

6780-005 2/95

(5.)

# VACCINES

EED TO KNOW

## 1 Why get vaccinated?

Diphtheria, tetanus, and pertussis are serious diseases caused by bacteria. Diphtheria and pertussis are spread from person to person. Tetanus enters the body through cuts or wounds.

DIPHTHERIA causes a thick covering in the back of the throat.

- It can lead to breathing problems, paralysis, heart failure, and even death.

TETANUS (Lockjaw) causes painful tightening of the muscles, usually all over the body.

- It can lead to "locking" of the jaw so the victim cannot open his mouth or swallow. Tetanus leads to death in about 1 out of 10 cases.

PERTUSSIS (Whooping Cough) causes coughing spells so bad that it is hard for infants to eat, drink, or breathe. These spells can last for weeks.

- It can lead to pneumonia, seizures (jerking and staring spells), brain damage, and death.

Diphtheria, tetanus, and pertussis vaccine (DTaP) can help prevent these diseases. Most children who are vaccinated with DTaP will be protected throughout childhood. Many more children would get these diseases if we stopped vaccinating.

DTaP is a safer version of an older vaccine called DTP. DTP is no longer used in the United States.

## 2 Who should get DTaP vaccine and when?

[illegible] should get 5 doses of DTaP vaccine, one dose [illegible] the following ages

[illegible]

DTaP may be given at the same time as other vaccines.

## 3 Some children should not get DTaP vaccine or should wait

- Children with minor illnesses, such as a cold, may be vaccinated. But children who are moderately or severely ill should usually wait until they recover before getting DTaP vaccine.
- Any child who had a life-threatening allergic reaction after a dose of DTaP should not get another dose.
- Any child who suffered a brain or nervous system disease within 7 days after a dose of DTaP should not get another dose.
- Talk with your doctor if your child:
  - had a seizure or collapsed after a dose of DTaP,
  - cried non-stop for 3 hours or more after a dose of DTaP,
  - had a fever over 105°F after a dose of DTaP.

Ask your health care provider for more information. Some of these children should not get another dose of pertussis vaccine, but may get a vaccine without pertussis, called DT.

## 4 Older children and adults

DTaP should not be given to anyone 7 years of age or older because pertussis vaccine is only licensed for children under 7.

But older children, adolescents, and adults still need protection from tetanus and diphtheria. A booster shot called Td is recommended at 11-12 years of age, and then every 10 years. There is a separate Vaccine Information Statement for Td vaccine.

D050

Exhibit C page (5.)

(6.)

1

# BRADFORD REGIONAL MEDICAL CENTER
## EMERGENCY DEPARTMENT
### INSTRUCTIONS FOR FOLLOW-UP CARE

EMERGENCY ROOM
PHONE (814) 362-8274

Name [illegible]

THANK YOU FOR CHOOSING BRMC EMERGENCY DEPARTMENT FOR YOUR MEDICAL NEEDS. WE HOPE YOU ARE SATISFIED WITH THE CARE YOU RECEIVED. PLEASE CALL THE EMERGENCY ROOM AT (814) 362-8274 OR THE PATIENT REPRESENTATIVE AT (814) 362-8670 IF THERE IS ANY PROBLEM. YOU HAVE RECEIVED CARE FOR AN ACUTE CONDITION. DIAGNOSIS IS NOT ALWAYS CLEAR-CUT UNDER THESE CIRCUMSTANCES AND INDIVIDUAL RESPONSE TO ILLNESS, INJURY AND TREATMENT IS UNPREDICTABLE AT TIMES. THEREFORE, SHOULD ANY OF THE FOLLOWING OCCUR, PLEASE CONTACT OR REPORT TO THE EMERGENCY ROOM OR YOUR PRIVATE PHYSICIAN.______ ☐ card given

Your current symptoms persist or worsen
New symptoms develop particularly______
You feel you are having difficulty with medication
You have any questions that <u>you</u> feel are important,

**Other Instructions:**

[illegible handwriting] Dr. Ban[illegible] [illegible] 48 [illegible]

Reviewed by D. Olson, MD
Date: 9/2/03

☐ MEDICATION
The medication you have been prescribed may cause drowsiness. Do not drink alcohol, operate machinery or drive a vehicle while using. ☐ medication information sheet given.

CULTURE REPORTS
You will be contacted if your culture results indicate that a change in your treatment will be needed.

X-RAY REPORTS
Your x-rays have been read by the Emergency Room physician. They will also be interpreted by a radiologist tomorrow. Should there by a significant change in diagnosis, you will be notified.

TETANUS TOXOID ... DIPTHERIA TETANUS
DIPTHERIA, PERTUSSIS, TETANUS
... INFORMATION GIVEN

Lot # ______ Manufacturer ______

Physician Signature ______
Nurse Signature ______
I understand the instructions given to me by the physician

Date [illegible]

Exhibit C page (6) D051

(7)

7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUC.

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/31/03 | (S) Re√ IM RE chemical burn + keratitis sustained in assault |
| 1000 | on 8/29/03. IM states: (R) eye vision is back to normal; (L) eye vision is still blurry |
| | (O) (+) Scaling facial lesions: epidermis is sloughing off revealing hypopigmented subdermal tissue. |
| | (+) crusting noted on lesions on nose: yellowish crusts |
| | (+) pus noted at eyelid margins / eyelashes lower lids > upper lids; Left eye > Rt eye. |
| | (+) Peri Orbital EDEMA (L) eye. |
| | ~~(+) vesicle / lesion (L) lateral frontal area~~ |
| | EYES: sclera - white conjunctiva - pink; anterior chambers clear; Lens: clear |
| | Fluorosceine test: (-) brightly fluoroscein lesions seen. |
| | (A) - Chemical burns to face c̄ cellulitis |
| | - Chemical keratitis, bilat. error SL 8/31 |
| | (P) 0. Cleaned facial lesions c̄ NS + $H_2O_2$. IM to apply silvadene. |
| | 1. Keflex 500 mg i po QID x 10 days #40 NC |
| enr SL 8/31 | 2. Motrin ~~400mg~~ 800mg i po c̄ food/milk ~~BID~~ TID prn pain. #~~28~~ 21 Rx1 (SHU) |
| | 3. Silvadene Cream Apply to facial lesions BID. 25gm #1 NR. |
| (SHU) | 4. CONSULTED DR. OLSON (DR. OLSON) ... 1, 2, 3 above are good. IM to continue Erythromycin ophthalmic ointment. No topical ophth steroids at this time. |
| | 5. Re√ in 1 day. |
| | 6. IM understands Tx plan. |

Steven Labrozzi, RPh
Pharmacist

Reviewed by D. Olson, MD
Date: 9/2/03

Steven Labrozzi, PA-C
Physician Assistant

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION | REGISTER NO. | WARD NO.

Gustafson, Deborah
20102-013

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

D052

Exhibit C page (7)

(8.)

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/1/03 | S: Re ✓ burns. |
| 0915 | States doing ok. Is still using eye drops – was informed |
| | to continue |
| | O: NAD |
| | HEENT: area of face c̄ hypopigmentation, ⊖ exudate, ⊖ erythema |
| | A: S/P burns. |
| | P: ① f/u tomorrow (Re ✓ by AM nurse) |
| | ② Education – continue meds – Pt understands |
| | sched eye Dr appt. Eric Asp PA-C |
| | Reviewed by D. Olson, MD Date: 9/2/03 Eric Asp PA-C |

D053

Exhibit C page (8.)

(9.)

3-110 NSN 7540-00-634-4127

MEDICAL RECORD — CONSULTATION SHEET

REQUEST

TO: OPTOMETRIST

FROM: (Requesting physician or activity) Dennis Olson, MD, CD

DATE OF REQUEST

REASON FOR REQUEST (Complaints and findings)

EYE EXAM: chemical [illegible] to face [illegible] 8/30/03
9/2/03 seen by ophthalmologist
[illegible] oil, pepper, and oven cleaner

SUBJECTIVE:

pre Rx OD -.75
OS -.25

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE: D. OLSON, M.D.

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO

PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance OD 20/100 OS 20/400

TONOMETRY: OD 16 mm, OS 14 mm Folder 10:40

Near OD OS

open angles - dilate with (??) 10% [illegible] 10:40

External: TO normal no infections, no [illegible]
no staining corneas normal
no scarring

Internal

Refraction OD -1.75 -.75 x 5 20/25
OS -2.50 -.50 x 10 20/60

48 x 22 x 6 1/4

Dilated Retinal exam - normal

Normal corneal appearance - no stain
no scarring

Diagnosis CMA

Analysis requires eyeglasses - left eye

TO U/R [illegible]

order eyeglasses

Plan: Discuss results with medical staff

Consult ophthalmology

(Continue on reverse side)

SIGNATURE AND TITLE: [signature]

REVIEWED [stamp] 9/24/03 BEAM, MD FCI McKEAN

DATE: 9/24/03

IDENTIFICATION NO — ORGANIZATION: FCI McKean — REGISTER NO. [illegible] — WARD NO.

IDENTIFICATION [illegible]

[signature]

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

D054

Exhibit C page (9.)

(10.)

7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODU

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | Check back chemical burn to |
| 9/2/03 | face on 8/29/03 |
| 1445hr | |
| | S) feeling OK, using Silvadene  Bp 120/80 |
| | vision OK (R) eye - still sl blurry  P 70 |
| | (L) eye, had County nothing  T 98.6 |
| | thrown in face 8/29/03 |
| | O) looks OK County finger 20/20 @ 4 feet |
| | He has no corneal staining or flores[illegible] |
| | hypopigmented area mid face, nose around eyes  crusted, weeping area |
| | Silvadene remain |
| | |
| | A) Partial thickness burn midface |
| | cornea [illegible] |
| | P) PT ed - use of Silvadene, F/u blurry vision, fever |
| | Silvadene (Disp 30 gm) use daily, RF Q3 days x 2 wk |
| 9/3/03 | CB 1 wk, optometry 9/3/03  [signature] |
| | Reviewed By: V. Geza, PharmD |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO 20102-018 | WARD NO

Seminole Donaldson

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

D055

Exhibit C page (10.)

(11.)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/3/03 | ADMIN NOTE. I/M seen yesterday by Dr. Bean. |
| 1315 | Per Dr. Bean... d/c daily checks. Place I/M on call-outs |
| | to see Optometrist on Wednesday 9/10 |
| | S. Labrozzi |
| | Steven Labrozzi, PA-C |
| | Physician Assistant |
| 9/5/03 | S – burns healing well, some blurred vision |
| 0730 | (L) eye, ∅ pain |
| | O – Face – healing burns (hypopigmented areas) |
| | some crusting |
| [illegible] | A – (1) 2° Facial burns – healing well |
| | see note 9/2/03, 8/30/03, eyes appear clear |
| | was on to see eye Dr. 9/3/03 but unable to |
| | be seen |
| | P – (1) Instructed PA to bring inmate to HSU |
| | for burn evaluation + eye exam today |
| | (2) PA Ed – findings explained, prognosis |
| | he understands |
| | (1) Resched eye Dr. appt |
| 9/5/03 | (S) [illegible] Burns, Vision |
| 1300 | (O) Visual Acuity OD 20/40 OS worse than 20/200 |
| | [illegible]-pink conjunctiva-white |
| | Fluorescein test: ⊝ abrasions [illegible] |
| | Ophthalmoscopic exam: [illegible] retina [illegible] Anterior chambers + Lens [illegible] |
| | (A) [illegible] |
| | (P) Continue [illegible] |
| | [illegible] 9/10/03 |
| | D. Olson, MD |
| | Clinical Director |
| | [signature] Steven Labrozzi |
| | Physician Assistant |

D056

Printed on Recycled Paper

Exhibit C page (11.)

7540-00-634-4176

(12.)

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | C/O Facial burns |
| 1/9/03 | S) amazing progress |
| 1400 hrs | |
| | O) most of facial burns are completely healed and repigmented (!) with the exception of sl remaining healing under R eye; also R shoulder has (deltoid) a resolving burn 4x6cm - he has oral ABX and silvadene which he's using |
| | |
| | A) resolving facial burns burn R shoulder burn. |
| | P) pt ed - continue meds Recheck 6wks & prn |
| SEE BELOW: IM already has pre-existing refillable Rxs for these meds. Refills given. | No New Rxs processed [signature] |
| Steven Labrozzi, RPh Pharmacist | [signature] H. BEAM, MD FCI McKEAN |
| 1/11/03 | Admin Note - refill meds |
| 1100 Rx | 1) Silvadine to areas BID #1NR |
| | 2) Motrin 800 mg i po TID prn c food #20 NR |
| | [signature] J Glenn FNP-C |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO | WARD NO

20162-018

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

D057

Exhibit C page (12)

# Medication Summary Sheet

Ord.Date 08/30/03 DONALDSON, SADRICK B. SAYLOR
20102-018 (0)Refills
Exp.Date 11/27/03 APPLY TO AFFECTED BURN AREAS ON YOUR FOR FACE 2 TIMES DAILY.
Rx # 154132 SILVER SULFADIAZINE CREAM 1% GM #1

Ord.Date 08/31/03 DONALDSON, SADRICK S. LABROZZI
20102-018 (0)Refills
Exp.Date 09/10/03 TAKE 1 CAPSULE 4 TIMES DAILY FOR 10 DAYS. (ANTIBIOTIC)
Rx # 154134 CEPHALEXIN 500 MG CAP #40

Ord.Date 08/31/03 DONALDSON, SADRICK S. LABROZZI
20102-018 (1)Refills
Exp.Date 09/29/03 TAKE 1 TABLET WITH FOOD OR MILK 3 TIMES DAILY AS NEEDED FOR PAIN.
Rx # 154135 IBUPROFEN 800 MG TAB #21

Ord.Date 09/03/03 DONALDSON, SADRICK H. BEAM,MD
20102-018 (5)Refills
Exp.Date 10/02/03 APPLY A THIN LAYER DAILY TO FACIAL BURNS
Rx # 154236 SILVER SULFADIAZINE CREAM 1% GM #1

DONALDSON, SADRICK
20102-018
MCKEAN HOUSING FACILITY
08/30/2003

D058

Exhibit C page (13.)



# Eyeglas Prescription

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|
| | | | |

INSTITUTION:

CITY

STATE ZIP

| | | | |
|---|---|---|---|
| LENSES | | | Donaldson, Frederick |
| EXTRA | | | 20102-018 |
| FRAME OR MTG | | | [illegible] |
| MISC | | | |

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT | |
|---|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.75 | -.75 | 5 | | | | |
| | L | -2.50 | -.50 | 10 | | | | |

| | | | SEGMENT INSTRUCTIONS | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|---|
| | | | HEIGHT | WIDTH | INSET | DIST. | NEAR |
| ADD | R | | R | | R / R | 70 | X |
| | L | | L | | L / L | | |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22-24 | 22-25 | | 22 28 45 / 25 35 | |

| FRAME OR SHAPE | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|
| 28 | [illegible] | 4[illegible] | 20 | 6X |

SPECIAL INSTRUCTIONS

( ) LENS ONLY

( ) FRAMES ONLY

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

BP-357(60)
MAY 1994

D059

Exhibit C page (14)