





# U.S. Department of Justice
# Federal Bureau of Prisons

MEMORANDUM

DATE: September 24, 2003

REPLY TO
ATTN OF: G. Cooper, Lieutenant
Special Investigative Supervisor

SUBJECT: SIS REPORT

TO: Donald Reich, Captain

CASE # : 03-070

INCIDENT: Assault, Inmate on Inmate

PLACE: Education

DATE: 08-29-2003

INMATE(S): ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Donaldson, Sadrick #20102-018

Incident Summary:
On 08-29-2003 at approximately ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ approached Inmate Donaldson #20102-018 within the education department. ▮▮▮▮▮▮▮▮▮▮▮ threw a cup filled with an unidentified substance in the facial area of inmate Donaldson. Inmate Donaldson received serious burns to his facial area, his eyes and his shoulders. Inmate Donaldson received immediate medical treatment and was taken to the outside hospital. Inmate Donaldson Identified ▮▮▮▮▮▮▮▮▮▮▮ as the Inmate who assaulted him. ▮▮▮▮▮ was placed in the Special Housing Unit pending investigation for assault.

"Sensitive-Limited Official Use Only"

Exhibit (D.) page (1)    D001

Inmate Data:

████ is a ████ who is serving ████ with ████ for ████. He was assigned to this institution on ████. His projected release date is ████ via good conduct time. He does have a CMC assignment separated from ████, ████, ████, ████, ████, ████, ████, ████, ████ and ████. He has no detainer and he is a (High) Medium security level inmate with in-custody. His disciplinary record consists of seven Incident Reports one which involved a serious assault prior to this incident. His legal residence is Mobile, Alabama.

**Donaldson, Sadrick #20102-018**
Donaldson is a 26 year old black male who is serving a 240 month sentence with a five year supervised release for CPWID cocaine. He was assigned to this institution on 11-09-2001. His projected release date is 09-16-2014 via good conduct time. He does have a CMC assignment separated from inmates ████. He has no Detainer and he is a Medium security level inmate with in-custody. He has a very lengthy disciplinary record totaling 19 charges as of this date.

Staff Statements: (Memorandums)

**B. Howard ISO August 29, 2003**
On August 29, 2003 at approximately 1pm, I (B. Howard) responded to a body alarm in education. Upon arriving I was instructed by LT. Pfister to direct inmates as they came to me to three separate interview rooms. As inmates completed there interviews, I secured them in the classrooms.

**W. Young, LIE**
On August 29 at approximately 1:00pm, I responded to a staff assistance needed in Education radio transmission. Upon arrival in education, I assisted securing inmates in their assigned areas. Lt. Pfister directed me to escort 2 inmates, ████ and ████ to medical services. The inmates appeared to have been splashed by a substance that they said was burning them. The inmates were pat searched and escorted to health services. The inmates were treated by PA Judy Glenn. Both inmates were interviewed by R. Corbett, L.I.E. and their statements were turned over to Lieutenant Pfister. At approximately 2:10pm the inmates were released to education.

**Lieutenant C. Cooper August 29, 2003**
On August 29, 2003 at approximately 1245hrs a call for assistance was sounded in the education department. I responded to the area to find that inmate Donaldson #20102-018 had a liquid substance thrown in his face. Once the area was secured I began conducting mass interviews along with Officer Brinker. Out of the several inmates whom were interviewed, two inmates in particular actually visually witnessed the incident that had occurred. Inmate ████ stated that he was sitting next to inmate Donaldson when

(3.)

he was hit with the substance. ▉▉▉▉ stated that it was over a lovers quarrel and that it was Inmate ▉▉▉▉ ▉▉▉▉ later identified as Inmate ▉▉▉▉▉▉▉ Inmate ▉▉▉▉▉▉▉ stated "ever since inmate Donaldson has been released from SHU he hasn't given up any butt, that's what it's probably over.

Lieutenant L. Pfister August 29, 2003
An August 29, 2003, at approximately 12:45pm assistance was requested in Education. As I arrived in education S. Nicholson, Teacher had inmate Donaldson, Sadrick #20102-018 in the mop room, rinsing his face with water, C. Strade, Ed. Tech. And M. Agricola, Teacher were moving inmates from D. Confer's room to the two rooms on the south end of education nearest the door to Unicor. Inmate Donaldson was escorted to Health Services for treatment for first and second degree chemical burns to his face and chest area. Due to the extent of the burns to his face, he was sent out to the Local Hospital for further treatment. The inmates in the South end rooms were identified, searched, interviewed, and released. The following inmates were also treated by Health Services: ▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉ no injuries noted; and ▉▉▉▉▉▉▉▉▉▉, minor burn to forhead, were treated and released.

After a preliminary investigation, it was determined that ▉▉▉▉▉▉▉▉▉▉ threw a liquid corrsive substance on Inmate Donaldson, Sadrick #20102-018 striking him in the face and chest area. The substance splashed and struck inmates ▉▉▉▉▉▉▉▉. ▉▉▉▉▉▉ was assessed for injuries, having none and was placed in the Special Housing Unit.


Principle Inmate(s) Interviews:

▉▉▉▉▉▉▉▉▉▉

On 09/20/03 at approximately 0940hrs, Lieutenant G. Cooper interviewed ▉▉▉▉▉▉▉▉▉ in the Special Housing Unit. ▉▉▉▉ stated that the substance was a bunch of pepper and baby oil. "We were in Allenwood together and we were friends. I came to McKean and we were friends. There was a lot of stuff going on about me, they say I was talking to the police. He told a few people I know that I was talking to the police. I found out that he was talking shit about me, this could get me killed. I put the peppered oil in a coffee cup in the unit. I then went to education entered the classroom and sat down. I was just dead, it was a heat of the moment thing. I threw the substance in Donaldson's Face when I walked passed him. I left the area and went to recreation. I'm cool, I don't have no problem but he has to keep his mouth shut about me talking to the police, I am not with that".

Donaldson, Sadrick #10495-040

On 09-20-03 at approximately 0910hrs. Lieutenant G. Cooper interviewed Inmate Donaldson #20102-018 in the Special Housing Unit. Inmate Donaldson stated "I reported last year that ▉▉▉▉▉▉▉ was harassing me. He was asking to have sex with me so I had to PC. I haven't talked to the dude, he was harassing me on the compound. We talked and I think that he got mad because I declined his offers. I haven't talked to him in a long time. I was doing school work and he passed by me. I looked up and he


(4.)

threw something in my face. It was hot and I started screaming then people were leaving the classroom and staff came and took me to wash my face. The hospital told me it was floor stripper. I have Burns on my shoulders and face and I lost vision in my left eye.

**Medical Information:**
Inmate Donaldson #20102-018 received 2nd degree burns to his nose and face and 1st degree burns on both shoulders. Donaldson also received severe irritation to both eyes to include temporary loss of vision in one eye.

Inmate ████████████ received no injuries.

Inmate ████████████ received a minor burn below his left eye.

Inmate ████████████ received minor burns on the forehead.

**Conclusions:** Based on the conclusion of this investigation it has been determined that inmate ████████ ████████ assaulted Inmate Donaldson #20102-018 by way of striking him in the facial area with an unidentified substance. This assault left inmate Donaldson with a number of 1st and 2nd degree burns. While attempting to assault inmate Donaldson, ████████ also exposed inmate ████████████ and ████████ ████████ to the substance causing them minor burns. ████████ made up a concoction of baby oil, pepper, and muslim oil mixing it up and heating it. ████████████ reported to the education department were he sat and waited for inmate Donaldson to enter the classroom. Once seated, ████████ approached Donaldson and assaulted him with the substance. This was a pre meditated act which was well planned and effectively carried out, causing severe injuries..

**Action/Recommendations:.** It is this investigator's recommendation that inmate ████████████ be charged with Assaulting any person. I also recommend that a 309-Disciplinary transfer be considered for this inmate. Inmate Donaldson and ████████ shall be made permanent separatees. I see no reason for inmate Donaldson to remain in the Special Housing Unit any longer, therefor he may be released at this time.

End of Report



# FEDERAL BUREAU OF PRISONS
# memorandum
FCI McKean, Pennsylvania

**DATE:** November 12, 2003

**REPLY TO ATTN OF:** John J. LaManna, Warden

**SUBJECT:** Request for Transfer (Close Supervision)

**TO:** M.E. Ray, Regional Director
NERO, Philadelphia, PA

**ATTN:** C. Maiorana, Correctional Services Administrator

1. **Name and Register Number:** DONALDSON, Sadrick Reg. No. 20102-018

2. **Rationale for Redesignation:** On August 29, 2003, inmate Donaldson was assaulted by inmate ███████ reg. no. ███████ Specifically inmate ███████ entered the education department, approached inmate Donaldson and threw a cup of liquid striking Donaldson in the face, eyes, and shoulders. This assault caused first and second degree burns and temporary loss of sight in one eye. The liquid was later identified as a heated mixture of baby oil, pepper, and Muslim oil.

   Based on this assault and separation concerns, it is recommended inmate Donaldson transfer via close supervision. In addition to a separation assignment between ███████ inmate Donaldson is also to remain separated from ███████, reg. no. ███████ an inmate housed within the general population at FCI McKean. The separation need between Donaldson and ███████ stems from an assault which occurred on January 5, 2003, in the special housing unit at FCI McKean. This incident involved ███████ throwing a cup of disinfectant at Donaldson. He was found guilty of Assaulting Without Serious Injury, code 224, on April 23, 2003.

3. **Proposed Transfer Code:** Close Supervision (323)

4. **CIMS Assignment:** Separation

5. **Release Destination:** Northern District of Alabama

**FOI EXEMPT**

D005

Exhibit D page (5.)

**From:** Stacey Crate
**To:** Chiodo, Mark D.; McAlpine, Ronald P.
**Date:** 11/20/02 1:49PM
**Subject:** INMATE DONALDSON #20102-018

DONALDSON A.K.A. "LEXUS", IS CURRENTLY HOUSED IN SHU FOR PROTECTIVE CUSTODY. INMATE ███████, ████████████████████████, TELLS ME TODAY THAT INMATE ███████████ A.K.A. ████████ WAS DONALDSON'S "HUSBAND" AND THAT ███████ PUT OUT A "KNIFE" ON ████████ BELIEVE IT OR NOT. ████████ WAS MAD BECAUSE DONALDSON WAS DOING HAIR ON OTHER INMATES. FYI DONALDSON IS CURRENTLY CELLED WITH ████ IN SHU. PRIOR TO ████ GETTING LOCKED UP, ████ WAS DONALDSON'S OLD FLAME. ANYTHING ELSE, LET ME KNOW.

FOI EXEMPT

Exhibit D page (6)    D034

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

(7.)

**CIM CASE INFORMATION SUMMARY**

| Name: DONALDSON, Sadrick | Register Number: 20102-018 |
|---|---|
| Date: October 31, 2003 | Institution: FCI McKean, Pennsylvania |

"Refer to Page 1"

SPECIFIC ASSIGNMENTS:

**A. STATE PRISONER**
\_\_\_\_ COOP WITNESS
\_\_\_\_ REGULAR CONTRACTUAL BOARDER

**D. BROAD PUBLICITY**
_____
_____

**B. DISRUPTIVE GROUP**
\_\_\_\_ MEMBER
\_\_\_\_ SEPARATION (NON-MEMBER)

**E. THREATS TO GOVERNMENT OFFICIALS**
\_\_\_\_ HISTORY OF THREATS
\_\_\_\_ SURVEILLANCE

**C. SPECIAL SUPERVISION**
_____
_____

**G. SEPARATION**
XX THREAT ASSESSMENT
\_\_\_\_ SPEC. MGT. CASE

SOURCE OF INFORMATION (NAME AND REGISTER NUMBER OF SEPARATEES, IF APPLICABLE

[redacted]

Prepared by: R.L. Moore
R. L. Moore, Case Manager

Reviewed by: _____
Deanna Tronetti, CIM Coordinator

Note: File as top sheet in Section 1 of the Inmate Privacy Folder.
Include documentation. Not to be forwarded to the inmate.

Distribution:    Original - Central File
                 Copy - Regional Office

(Not to be completed for WITSEC Cases)

BP-339(51)
SEPTEMBER 1990

FOI EXEMPT

FOI EXEMPT                Exhibit E

Exhibit D page (2)    D015

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**CIM CASE INFORMATION SUMMARY**

| | |
|---|---|
| Name: DONALDSON, Sadrick | Register Number: 20102-018 |
| Date: October 31, 2003 | Institution: FCI McKean, Pennsylvania |

RATIONALE FOR CIM CLASSIFICATION: On August 29, 2003, inmate ▓▓▓▓ assaulted inmate Donaldson causing temporary loss of vision in one eye and second and third degree burns to his face and shoulders. Based on this assault and continued animosity, they should remain separated. On April 24, 2003, inmate ▓▓▓▓ appeared before the disciplinary hearing officer at FCI McKean and was found guilty of Assaulting Without Serious Injury, code 224. The specifics of this incident reveal inmate ▓▓▓▓ threw a cup of disinfectant at Sadrick Donaldson. Based on continued animosity, inmates Donaldson and ▓▓▓▓ should remain separated. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, prepared an investigation dated ▓▓▓▓▓▓▓▓ regarding the possible ▓▓▓ of inmate Donaldson by ▓▓▓▓▓▓. Based on the serious nature of this incident, the report concluded inmates Donaldson and ▓▓▓▓ should remain separated. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ recommends ▓▓▓▓▓▓▓▓▓▓ remain separated from Donaldson based on their cooperation with the government against each other. An investigation was prepared by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This investigation concluded inmates Donaldson, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ should remain separated from each other. These inmates were involved in a physical altercation a ▓▓▓▓▓▓ and weapons were used.

### SPECIFIC ASSIGNMENTS:

**A. STATE PRISONER**
_____COOP WITNESS
_____REGULAR CONTRACTUAL BOARDER

**B. DISRUPTIVE GROUP**
_____ MEMBER
_____ SEPARATION (NON-MEMBER)

**C. SPECIAL SUPERVISION**
_____
_____

**D. BROAD PUBLICITY**
_____
_____

**E. THREATS TO GOVERNMENT OFFICIALS**
_____HISTORY OF THREATS
_____SURVEILLANCE

**G. SEPARATION**
 XX  THREAT ASSESSMENT
_____SPEC. MGT. CASE

SOURCE OF INFORMATION (NAME AND REGISTER NUMBER OF SEPARATEES, IF APPLICABLE

1. SIS Report prepared by G. Cooper, SIS Lieutenant, FCI McKean, to Donald Reich, Captain, FCI McKean

2. Discipline Hearing Officer Report, hearing date April 24, 2003, prepared by James Linden, incident report number 1062306.

3. Memorandum dated ▓▓▓▓▓▓▓▓ prepared by ▓▓▓▓ Special Investigative Supervisor, ▓▓▓ ▓▓▓ to ▓▓▓▓ Warden, ▓▓▓▓.

4. Memorandum dated ▓▓▓▓▓▓, prepared by ▓▓▓▓ Special Investigative Supervisor, ▓▓▓▓▓▓ to ▓▓▓▓ Captain, ▓▓▓▓▓▓.

5. Letter dated ▓▓▓▓▓▓ prepared by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, to ▓▓ Warden, ▓▓▓▓.

| | |
|---|---|
| Prepared by: R. L. Moore, Case Manager | Reviewed by: Deanna Tronetti, CIM Coordinator |

Note: File as top sheet in Section 1 of the Inmate Privacy Folder.
Include documentation. Not to be forwarded to the inmate.

Distribution:   Original - Central File
                Copy - Regional Office

FOI EXEMPT

(Not to be completed for WITSEC Cases)



BP-339(51)
SEPTEMBER 1990