# Exhibit F



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution, McKean        Bradford, Pennsylvania 16701

December 2, 2002

MEMORANDUM FOR CINDY BILLISITS, ASSOCIATE WARDEN (PROGRAMS)
FCI MCKEAN, PENNSYLVANIA

FROM:       CHARLES KINDERVATER, UNIT MANAGER

THRU:       DONALD REICH, CAPTAIN

SUBJECT:    REQUEST FOR PROTECTIVE CUSTODY
            (DONALDSON, Sadrick #20102-018)

**INMATE DATA:**

Inmate Donaldson is a 25 year old offender who arrived at FCI McKean on November 9, 2001. He is serving a 240 month sentence for Conspiracy to Possess with Intent to Distribute Crack Cocaine. Inmate Donaldson has a projected release date of August 20, 2014, via good conduct time. He has no detainers at this time.

**INCIDENT SUMMARY:**

On November 12, 2002, inmate Donaldson was placed in the special housing unit (SHU) after requesting protective custody. The inmate was interviewed that same day by Unit Manager Kindervater and Counselor Buck in the special housing unit.

**INVESTIGATION:**

During the interview, inmate Donaldson stated that an inmate named ▓▓▓▓▓ was pressuring him for a relationship. This inmate has been identified as ▓▓▓▓▓ ▓▓▓▓▓. Donaldson stated that ▓▓▓▓▓ and he were involved in a relationship at USP Allenwood. Donaldson stated that ▓▓▓▓▓ wanted to continue the relationship here at McKean but that he did not want to. Donaldson stated that ▓▓▓▓▓ has been coming to the unit and pressuring him in the evenings. He also stated that three other inmates approached him on the compound about a month ago for sex but did not assault him. Donaldson stated that ▓▓▓▓▓ tried to prevent him from talking to any other inmates and gets very defensive towards any inmates who talk to him. Donaldson stated he does not think that ▓▓▓▓▓ will hurt him but that he might hurt someone else if he sees someone talking to Donaldson. Donaldson stated he could not take it any more and would like to remain in SHU or be transferred to get away from ▓▓▓▓▓. He also started crying several times during the interview.

I interviewed inmate ▓▓▓▓▓ and asked him if it was safe for Donaldson to return to general population.

Exhibit (F) page (1)

Cindy Billisits, AW(P)  
Page 2
December 2, 2002

RE:   DONALDSON, Sadrick
      Reg. No. 20102-018



**OTHER INFORMATION:** (In this section include all related information available to the unit team at the time of the investigation that supports the teams comments/conclusions, i.e., inmate statements, staff memos, C/I information, PSI, central file, media, security camera, etc.)
I have verified that inmate Donaldson and ▓▓▓ were incarcerated at USP Allenwood during the same time period. I have also interviewed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ stated that he has witnessed inmate ▓▓▓ coming into the unit on numerous occasions and spending time arguing with Donaldson in his cell. ▓▓▓▓ stated that the night before Donaldson requested to be placed in the SHU, inmate ▓▓▓ was in Donaldson's cell for about an hour and they were arguing. He stated that Donaldson was up crying all night and then checked in to the SHU. Inmate ▓▓▓ approached me several months ago and requested to transfer to unit BB. ▓▓▓ was also asking Captain Reich for a unit transfer to unit BB and was very persistent in his attempt to move from unit DB to BB. ▓▓▓ stated that the reason he wanted to move to unit BB was to help out the staff as an informant on illegal activities which were being conducted in unit BB.

**COMMENTS/CONCLUSION:** Based on the information provided to Mr. Buck and me by inmates Donaldson, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, it appears there is some tension between inmate Donaldson and ▓▓▓. There has been no evidence presented which would lead us to believe there is a threat to Donaldson's safety. I recommend Donaldson should be returned to the general population at FCI McKean and be more closely monitored by unit staff and officers to prevent visitors from other units from entering the unit. I also recommend a picture of inmate ▓▓▓ be maintained in the unit BB officer's office, at least temporarily, so any officers will be alerted to ▓▓▓ entering the unit unauthorized. Inmate ▓▓▓ currently resides in unit DB.

FOI EXEMPT

Prepared By: _____
Charles Kindervater, Unit Manager

Reviewed By: _____
Mark Chiodo, S/S

Reviewed By: _____
Donald Reich, Captain

Recommendations: Return to general population

Recommendations: Concur. Return to general population

Recommendations: Return to general population

Exhibit (F) page (2)    D036            FOI EXEMPT

Cindy Billisits, AW(P)
Page 3
December 2, 2002

(3)

RE: DONALDSON, Sadrick
    Reg. No. 20102-018

Reviewed By: _C. Billisits_
    Cindy Billisits, AW(P)

Counsel Donaldson and ▓▓▓ concerning no inter-unit visits. Let's try general population.

Decision/Action Ordered

FOI EXEMPT

D037

Exhibit (F.) page (3)

FOI EXEMPT

## ADMINISTRATIVE DETENTION ORDER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

FCI McKean, Pennsylvania
Institution

Date/Time: __11-12-02 / 1:30 A.M.__

TO     : Special Housing Unit Officer

FROM   : T.S. Mortimer, Lieutenant            (Name/Title)

SUBJECT : Placement of _Donaldson, Sedrick_     (UNIT B-B) Reg. No. 20102-018, in Administrative Detention

____ (a) Is pending a hearing for a violation of Bureau regulations;
____ (b) Is pending investigation of a violation of Bureau regulations;
____ (c) Is pending investigation or trial for a criminal act;
_XX_ (d) Is to be admitted to Administrative Detention

   _XX_ (1) Since the inmate has requested admission for protection;
   I hereby request placement in Administrative Detention for my own protection.
      Inmate Signature/Register No.: _Sedrick Donaldson — 26162-018_

      Staff Witness Printed Name Signature: __J. Hribik, S.O.S.__ /

   ____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

____ (e) Is pending transfer or is in holdover status during transfer.
____ (f) Is pending classification; or bed space in the general population
____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

__You are being placed in administrative detention per your own request for protection.__

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date / time) __11-12-02 / 1:30 AM__

Staff Witness Signature/Printed Name _K. Paulik, Senior Officer_     Date __11-12-02__

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP)                    Replaces BP-308(52) of JAN 88

Exhibit (F) page (4)        D060        Exhibit D