Exhibit
H

**Commissary Order Form  FCI  McKean**

NAME: _____

RE-SET SPENDING LIMIT APRIL 21, 2003

REG. NO. _____

DATE: _____

Anyone leaving the Commissary after submitting a list will not be sold any merchandise. No refunds or exchanges!  **All sales are FINAL!!**  NO ADD ONS!  CHECK OUT-OF-STOCK!  *K* - DENOTES KOSHER ITEM

| | | | | | |
|---|---|---|---|---|---|
| AIR GRAM  (SINGLE) | | $ .70 | PHOTO TICKETS (MAX 5) | | $ 1.00 |
| .05 STAMPS (STRIP OF 5) | | $ .25 | VENDING CREDITS (1-25) | | $ 1.00 |
| .23 STAMP  (STRIP OF 5) | | $ 1.15 | | | |
| .37 STAMP  (STRIP OF 10) | | $ 3.70 | .01 STAMP  (STRIP OF TWENTY) | | .20 |
| .37 BOOK STAMPS (20) | | $ 7.40 | BIRTHDAY CARDS ----6,-----,7-----8. | | .75 |
| .50 STAMPS (10) | | $ 5.00 | GENERAL OCC.---1,---,2---3,---4,---5. | | .75 |

| CANNED GOODS | | TOBACCO PRODUCTS | | PERSONAL HYGIENE | |
|---|---|---|---|---|---|
| CHICKEN | 1.35 | DURANT FULL FLAVOR | 2.80 | HAIR BRUSH (1) | 1.20 |
| KIPPER SNACKS  *K* | 1.45 | GPC MENTHOL | 3.85 | AFRO PICK  (2) | .50 |
| CHILI | 1.45 | NEWPORT | 5.50 | VENTED BRUSH (1) | .95 |
| TUNA FISH  *K* | 1.20 | KOOLS | 5.50 | WAVE BRUSH(1) | 2.75 |
| SALMON FLAKES  *K* | 1.05 | MARLBORO | 5.50 | SUN BLOCK | 3.40 |
| MACKEREL  *K* | 1.10 | MARLBORO LIGHTS | 5.50 | SUN TAN LOTION | 2.75 |
| FISH STEAKS  *K* | .90 | DURANT NON-FILTER | 2.80 | TOENAIL CLIP (1) | .85 |
| SLICE SALAMI | 1.75 | CAMELS | 5.50 | FINGERNAIL CLIP (1) | .40 |
| PEPPERONI SLICE | 1.75 | CPT BL PIPE TOBACCO | 3.50 | MUSCLE RUB | 2.10 |
| | | RED MAN CHEW (10) | 2.75 | SOAP DISH (1) | .65 |
| | | COPENHAGEN(10) | 4.00 | TOOTHBRUSH HLD(1) | .45 |
| | | SKOAL RED (10) | 4.00 | SEWING KIT (1) | 1.90 |
| CHEESE COLBY | 3.05 | SKOAL GREEN (10) | 4.00 | LOCKER MIRROR (1) | 2.20 |
| | | SKOAL CHERRY(10) | 4.00 | WHITE BATH TOWEL | 7.25 |
| | | SKOAL CLASSIC | 4.00 | DENTAL FLOSS PICK | 1.35 |
| SODAS | | | | ROLAIDS | .75 |
| PEPSI (6PACK)  *K* | 2.15 | | | CHAPSTICK | 1.35 |
| | | MATCHES | .70 | MAGIC SHAVE GOLD | 2.20 |
| | | | | JERGENS SK LOTION | 4.75 |
| DIET PEPSI (6 PK)  *K* | 2.15 | PIPE FILTER  (1) | .40 | BABY OIL | 2.00 |
| HAWAIIAN PUNCH  *K* | 2.15 | CIG. PAPER | .55 | SKIN CARE LOT | 2.15 |
| DR. PEPPER (6PK) | 2.15 | BUGLER | 1.20 | FOOT POWDER | 2.40 |
| ICE TES PEACH.EA | 1.35 | KITE | 1.20 | BABY POWDER | 2.10 |
| BOTTLE WATER  *K* | .45 | BLACK & MILD CIGARS | 1.85 | DK&LOVEL SHAMPO | 2.95 |
| | | | | AFRICAN PRIDE | 6.00 |
| SNACKS | | PERSONAL HYGIENE | | PERFUMED OIL | 4.50 |
| NATURAL POPCORN | .50 | MINT MOUTHWASH | 2.25 | TWEEZERS (1) | .55 |
| BUTTER POPCORN | .50 | FABRIC SOFTENER | 1.90 | PROLINE HAIR FD | 2.40 |
| | | TIDE DETERGENT  *K* | 5.80 | VO5 HAIR GEL | 2.75 |
| CAKE DONUTS  *K* | .45 | HERITAGE DETERGENT | 1.30 | BALM BAR | 2.50 |
| GRAN BAR HON OAT | 1.70 | IRISHSPRING SOAP | .80 | MURRAY'S POMADE | 2.20 |
| GRAN. BAR C.CHP  *K* | 1.70 | TONE SOAP | .90 | CURL ACTIVATOR | 1.45 |
| HONEY BUNS  *K* | .35 | DOVE SOAP | 1.60 | PETROLEUM JELLY | 1.05 |
| FIG BARS  *K* | 1.25 | NEUTROGENA SOAP | 3.40 | HERT. FACE CREAM | 1.60 |
| OATMEAL PIES  *K* | 1.15 | DENTURE-TPASTE | 3.45 | ARTRA SKIN CREAM | 4.80 |
| COSMIC BROWNIE | 1.20 | DENTUR TOOTHBRUSH | 1.20 | HAIR RELAXER | 8.85 |
| NUTTY BARS | 1.30 | COLGATE-TPASTE | 3.75 | Q-TIPS | 2.10 |
| | | AIM-TOOTHPASTE | 2.05 | HERT HAIR COND. | 1.60 |
| | | SENSODYNE-TP | 5.95 | HEAD & SHOULDERS | 5.75 |
| | | TOOTHBRUSH-MED | 1.10 | PERT W/COND. | 4.80 |
| NAVY BEAN SOUP | 1.15 | TOOTHBRUSH-SOFT | .45 | SUAVE SHAMPOO | 1.70 |
| | | TOOTHBRUSH-FIRM | .55 | PANTENE SHAMPOO | 5.35 |
| | | DENTAL FLOSS | 1.55 | SHOWERSHOE 9-10 (2) | 3.20 |
| | | EFFERGRIP CREAM | 3.60 | SHOWERSHOE 11-12(2) | 3.20 |
| | | MENNEN ANTI-PERS | 3.10 | COCO BUTTER STCK | 1.30 |
| | | AFTASHAVE LOTION | 2.70 | THERMAL CUP (1) | 1.95 |
| | | HERITAGE ROLL-ON | 1.40 | THERMAL MUG (1) | 2.60 |
| | | MENNEN SPEED STK | 2.35 | C/T. LENS SOLUTION | 9.15 |
| | | GIL. SENSOR RAZOR | 4.90 | CERAMIC SLIP | 14.00 |
| MARINARA SAUCE | 3.55 | GIL. SENSOR BLADE | 6.25 | COMBINATION LOCK | 5.80 |
| | | SHAVING CREAM | 1.30 | SAFETY SCISSORS (1) | 6.35 |
| | | DISPOSABLE RAZOR | 1.40 | MICRO BOWL 24oz.(1) | 3.40 |
| | | MAGICSHAVE CREAM | 3.50 | SULFUR 8 | 3.35 |

*(handwritten margin notes)* The Regular Order/ McKean F.C.I. to remove this product from the shelf. 5 mths before some of the mixture was throw into my face

*(handwritten)* Exhibit (H.) page (1)

| BEVERAGES | | SNACKS & CANDY | | MISCELLANEOUS | |
|---|---|---|---|---|---|
| HERBAL TEA K | 3.15 | REESE CUP MINI | 2.05 | PRINT WHEEL (1) | 22.10 |
| NESTEA TEA K | 3.95 | M&M PLAIN K | 3.25 | TYPEWRITER RIB | 3.65 |
| INST. TEA LEMON | 1.65 | MIXED NUTS K | 2.10 | CORRECTION TAPE | 3.20 |
| TASTERS CHOICE K | 6.85 | DRY ROASTED NUTS K | 3.20 | DICTIONARY | 3.05 |
| SUGAR K | 1.05 | M&M PEANUTS K | 3.25 | BOOKLIGHT BULBS | 6.50 |
| COLOMBIAN | 2.45 | HONEY ROAST NUTS K | 1.80 | HEADBAND | 1.95 |
| INST. HOT CHOC. | 1.35 | CASHEW NUTS | 1.20 | WRISTBAND (2) | 2.10 |
| RAS/LEMONADE | 1.75 | SUGAR FREE CANDY K | .60 | POCKET FOLDERS | .55 |
| TANG | 1.80 | STARLIGHT MINTS | .60 | BOOKLIGHT (1) | 17.30 |
| CREAMER K | .90 | FIREBALL CANDY | .60 | PHOTO ALBUM(1) | 2.50 |
| COL. DECAF | 3.00 | JOLLY RANCHERS | .70 | LEGAL ENVELOPES | .15 |
| INTER.COFFEE,SAMPL | 3.15 | BIT O HONEY | .60 | LEGAL PAD(2) | 1.05 |
| SUGAR TWIN | 1.65 | CREMESAVER ORANGE | 2.10 | HANDBALLS(2) | 3.65 |
| FOOD ITEMS | | CREMESAVER RASP | 2.10 | POKER CARDS(2) | 2.45 |
| | | WERTHERS CANDY | 2.10 | PINOCHLE CARDS(2) | 2.45 |
| | | SNICKERS (6PK) K | 3.00 | 1 GAL THERMAL JUG | 10.80 |
| SALTINE CRKRS K | 1.50 | | | SHOEPOLISH-BLACK | 2.05 |
| CHEESE CRACKERS | 1.80 | CHEESE NACHOS | 1.00 | SHOEPOLISH-NTRL | 1.95 |
| SNACKERS K | 2.25 | BBQ POTATO CHIPS | .95 | SHOE LACES-WHITE | 1.10 |
| OATMEAL-VAR PACK K | 2.75 | POTATO CHIPS K | .95 | SHOE INSOLES | 2.15 |
| MATZO CRACKERS K | 3.70 | TORTILLA CHIPS | 1.40 | AA BATTERIES(4) | 2.35 |
| CHIPARIFIC COOKIES K | 2.20 | BBQ CORNCHIPS | 1.65 | AAA BATTERIES(4) | 2.40 |
| SHARP SQUEEZE CH. | 2.80 | PRETZELS | 1.15 | C BATTERIES (4) | 2.35 |
| JALAPENO SQUEEZ CH. | 2.80 | WHEAT BREAD K | 1.50 | ANTIFUNGAL CREAM | 1.60 |
| STRAWBERRY JELLY | 1.90 | FLOUR TORTILLAS | .75 | SANGEAN RADIO | 48.90 |
| PICANTE SAUCE | 1.85 | | | KOSS HEADPHONES(1) | 34.60 |
| GRAT. PARM CHEESE | 3.60 | PRANGLES PLAIN | 1.75 | STORAGE BIN | 16.90 |
| JALEPENO PEPPERS | 2.15 | ICE CREAM | | EARPHONES-HP/3(1) | 5.40 |
| LOUISANA HOT SAU K | .70 | ICE CREAM PINTS K | 1.50 | WATCH-TIMEX (1) | 32.50 |
| PEANUT BUTTER K | 2.20 | FROZEN YOGURT K | 1.50 | WATCH BATTERY | 1.95 |
| OLIVE OIL | 2.80 | PEANUTTY CONE K | .70 | ALARM CLOCK(1) | 9.50 |
| SOY SAUCE | 2.55 | | | ALARM CLOCK BAT(1) | 11.05 |
| RAISINS | 1.75 | | | SUNGLASSES (1) | 4.70 |
| MUSTARD K | .95 | FRUITS AND VEGETABLES | | EATING UTENSILS | .25 |
| SPAG. SAUCE | 1.90 | ** GRAPEFRUIT | CMP | WHITE HANKIE(5) | .65 |
| SPAGHETTI | .75 | ** ORANGES | CMP | HYDROCORT. CREAM | 1.50 |
| | | ** LEMONS | CMP | WATCH BAND (1) | 4.30 |
| WHITE RICE | 1.65 | ** TOMATOES | CMP | HAIR TIES | 1.05 |
| BROWN RICE | 1.05 | ** BANANAS | CMP | ADDRESS BOOK (1) | .65 |
| REFRIED BEANS | 1.75 | ** GARLIC | CMP | BALL POINT PEN (2) | .20 |
| VITAMIN C | 2.10 | ** APPLES | CMP | CLOTHING | |
| VITAMIN E | 4.95 | ** PEPPERS | CMP | WAVE CAP | 2.40 |
| | | ** ONIONS | CMP | FLIP-UP SUN GLASS.(1) | 6.00 |
| MULTI VITAMINS | 4.05 | MEDICINE | | SWEAT TOP (2)$ 15.60 | SIZE |
| CALCIUM TABLETS | 2.75 | ASPIRIN | 1.30 | SWEAT PANTS (2) 15.60 | SIZE |
| | | ARTIFICIAL TEARS(1) | 2.15 | SWEAT SHORT (2) 10.40 | SIZE |
| VANILLA WAFERS | 1.75 | HEMORRHOIDAL CR. | 3.45 | T-SHIRT ( 5 ) $11.70 | SIZE |
| MAYONNAISE K | 2.35 | METAMUCIL | 5.05 | TUBE SOCKS (3 PACK) | 6.25 |
| HONEY K | 2.90 | VAPOR RUB | 1.95 | ATHLETIC SUPPORT | 3.90 |
| BEEF LOG | 1.55 | NASAL SPRAY | 2.15 | BOXER SHT M-L-XL ( 7 ) | |
| SAZON SPICE | 2.55 | COUGH SYRUP (LIMIT1) | 2.15 | BOXER SHT 2X-3XL ( 7 ) | 10.40 |
| CHICKEN SOUP | .25 | MILK OF MAGNESIA | 2.05 | BATH ROBE | 42.90 |
| VEGETABLE SOUP | .25 | COUGH DROPS | .80 | BASEBALL HATS | 3.60 |
| | | ADVIL | .50 | THERMALS/TP/BTM | 9.90 |
| | | ACNE 10 GEL | 2.05 | *** WINTER GLOVES | 7.40 |
| GARLIC SALSA | 1.95 | LACTAID | 19.50 | MOUTHGUARD | 3.00 |
| | | | | WEIGHT GLV XL,XXL | 15.60 |

NO OLD SLIPS  
NO ADD ONS!  
ALL PRICES SUBJECT  
TO CHANGE!!!

YOUR SHOPPING DAY IS DETERMINED BY THE LAST TWO DIGITS OF YOUR FIRST FIVE BOP # DIGITS.  
AFTERNOON HRS: 10:30AM-12:30PM  
EVENING HRS: 4PM -6PM

SHOPPING DAYS/OPEN HRS

| | |
|---|---|
| MON. | 50-74 |
| TUES. | 75-99 |
| WED. | 00-24 |
| THUR. | 25-49 |

(20) PACK TOTAL LIMIT FOR - CIGARETTES  
* ITEMS MARKED WITH A NUMBER BESIDE ARE THE LIMITS PERMITTED TO PURCHASE.  
** INMATE PERSONAL PROPERTY LIMITATIONS ARE THE RESPONSIBILITY OF THE INMATE.  
*** THIS ITEM MUST REMAIN AT FCI MCKEAN IF YOU TRANSFER .

Exhibit (H)
page (2.)