# Exhibit I

** LIMITED OFFICIAL USE **

SHU REVIEW

Date .......: September 20, 2003
Inmate .....: DONALDSON, SADRICK
Reg. No ....: 20102-018

Author .....: WALTER L. RHINEHART PSY.D
Title ......: CHIEF PSYCHOLOGIST
Institution : FCI MCKEAN

---

Inmate DONALDSON was placed in the Special Housing Unit on 08/29/2003. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate DONALDSON was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate DONALDSON was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be LOW.

COMMENTS:

Inmate remains in SHU following his being assaulted with hot liquid. The incident is under investigation by SIS.

FOI EXEMPT

Exhibit (I.)
page (1.)

D007

** LIMITED OFFICIAL USE **

(2.)

SHU REVIEW

```
Date .......: October 9, 2003
Inmate .....: DONALDSON, SADRICK
Reg. No ....: 20102-018

Author .....: WALTER L. RHINEHART PSY.D
Title ......: CHIEF PSYCHOLOGIST
Institution : FCI MCKEAN
```

---

Inmate DONALDSON was placed in the Special Housing Unit on 08/29/2003. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate DONALDSON was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate DONALDSON was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be MODERATE.

COMMENTS:

Inmate seen as follow-up to earlier crisis intervention by Dr. House and seen by this author. Inmate appears to be doing well, interacting with cellmate, eating satisfactorily, and shows bright affect. He claims to be experiencing post-traumatic stress problems, which would not be unusual following being a victim of an assault such as he experienced. He was treated soon after the incident, however, and seems to be looking for secondary gain from his claim of symptoms. His bright affect and absence of anxious or depressed mood, appear to belie his claim, requiring conservative treatment involving regular monitoring in SHU and listening to his claims.

FOI EXEMPT

Exhibit (I)
page 2

\*\* LIMITED OFFICIAL USE \*\*

③

SHU REVIEW

```
Date ........: November 7, 2003
Inmate ......: DONALDSON, SADRICK
Reg. No .....: 20102-018

Author ......: WALTER L. RHINEHART PSY.D
Title .......: CHIEF PSYCHOLOGIST
Institution  : FCI MCKEAN
```

Inmate DONALDSON was placed in the Special Housing Unit on 08/29/2003. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate DONALDSON was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate DONALDSON was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be MODERATE.

COMMENTS:

Inmate is under investigation for assault/fight. Inmate appears to be adjusting better, with mood and affect more normal. No serious mental health concerns.

FOI EXEMPT

Exhibit (I)
page 3

D009