# Exhibit J.

DONALDSON, Sadrick
Reg. No.: 20102-018
MCK 316972-F1

Part B - Response

This is in response to your Request for Administrative Remedy receipted in my office on November 14, 2003, regarding you being ordered out of the special housing unit and back into the general population on August 29, 2003.

You were held in the special housing unit under unverified protective custody from November 12 until December 19, 2002. During this time frame neither the SIS department nor your unit team were able to verify the purpose for holding you in the special housing unit for protective custody reasons. You were ordered to return to the general population on December 19, 2002, and you refused to do so. It is standard policy that any inmate who we are unable to verify in a reasonable amount of time will be ordered to return to general population. When you initially entered the special housing unit, you stated you feared for your life from another inmate. On December 2, 2002, you were interviewed again and you stated you did not feel inmate Drayton would hurt you. By making this statement it was concluded you no longer met the requirements needed to remain under protective custody. You were released from segregation and returned to general population with this individual on February 12, 2003, and remained on the compound with him until August 29, 2003, without incident.

On August 29, 2003, at approximately 12:45 p.m., you were assaulted by another inmate. On September 20, 2003, the SIS lieutenant interviewed you regarding this incident. You stated you had very little interaction with Drayton since returning to the compound but he again began harassing you. You then talked to Drayton about this and believed he must have become angry because of the fact that you declined his sexual offers. You did not report to staff you were being harassed or having any such problems since being released from the special housing unit on February 12, 2003.

Based on the above information, your Request for Administrative Remedy is denied.

In the event you are not satisfied with this response, you may appeal within twenty (20) days from the date of this response by submitting a form BP-DIR-230 to the regional director.

12/24/03
Date

John J. LaManna, Warden

Exhibit (J.)
page (1)



DONALDSON, Sedrick
Reg. No. 31697 2-R3
Appeal No. 20102-018
Page One

---

### Part B - Response

In your appeal, you claim you were ordered out of the Special Housing Unit by staff at FCI Allenwood and when you were released to the compound, you were assaulted by an inmate. You are requesting the SIS Department be investigated for putting your life in danger. You are also requesting to file assault charges against the inmate who assaulted you.

A review of your appeal, indicates that an investigation was conducted concerning your request for protective custody. The investigation concluded that there was no existence of a threat to your safety at FCI Allenwood and you refused to cooperate with the investigator on what was the specific threat to your safety. You were released from the Special Housing Unit on February 12, 2003, and your incident with the inmate that assaulted you did not take place until August 29, 2003. An investigation was conducted on the inmate that assaulted you and he was sanctioned by the DHO. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.


Date: March 25, 2004                D. SCOTT DODRILL
                                    Regional Director

Exhibit (J) page 2