IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADRICK DONALDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-257E |
| v. ) | |
| ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, ) | Magistrate Judge Baxter |
| ) | |
| Defendant. ) | ELECTRONICALLY FILED |

## **ORDER**

AND NOW, to wit, this _____ day of _____, 200\_, upon review and consideration of Plaintiff's Motion to Produce Documents/Order Compelling Disclosure or Discovery and Defendant's subsequent Response to Dismiss, it is hereby ordered that Plaintiff's Motion to Produce Documents/Order Compelling Disclosure or Discovery is DENIED.

_____
UNITED STATES DISTRICT COURT