Sedrick Donaldson 20102-018
F.C.I. Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

Legal Mail

Clerk of the Court
United States District Court
For the Western District of Pennsylvania
Federal Building and U.S. Courthouse
617 State Street
Erie, PA 16501

RECEIVED
MAY 1 2 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

