Sadrick Donaldson 20103-08
FCI-Allenwood (medium)
P.O. Box 2000
White Deer, Pennsylvania 17887

HARRISBURG PA 171   PM   JUN

Legal Mail

Clerk of the District Court
United States District Court
For the Western District of Pennsylvania
Federal Building and U.S. Courthouse
617 State Street
Erie, Pennsylvania 16501

RECEIVED
JUN - 9 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

