IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADRICK DONALDSON )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>      Defendants. ) | Civil Action No. 04-257 Erie |

**O R D E R**

AND NOW, *to wit,* this 22nd day of June, 2006, upon consideration of plaintiff's Motion for Reconsideration (Doc. No. 42) of the Courts Order dated May 17, 2006.

IT IS HEREBY ORDERED that the said Motion be and hereby is DENIED

           S/Sean J. McLaughlin
           SEAN J. MCLAUGHLIN
           UNITED STATES DISTRICT JUDGE


cc: all counsel/parties of record.nk