IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADRICK DONALDSON )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, et al., )<br>    Defendants. ) | Civil Action No. 04-257 Erie |

**O R D E R**

AND NOW, *to wit,* this 22nd day of June, 2006, upon consideration of plaintiff's Motion for Reconsideration (Doc. No. 42) of the Courts Order dated May 17, 2006.

IT IS HEREBY ORDERED that the said Motion be and hereby is DENIED

    S/Sean J. McLaughlin
SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE

cc: all counsel/parties of record.nk