IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


SADRICK DONALDSON
REG. NO. 20102-018
F.C.I. ALLENWOOD MEDIUM
P. O. BOX 2000, BUILDING 4A
WHITE DEER, PA. 17887

|  |  |
|---|---|
| PLAINTIFF, | CIVIL ACTION NO. 1:04-CV-00257 |
| Vs. | DISTRICT COURT JUDGE McLaughlin |
|  | DISTRICT COURT MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, | Baxter residing: |
| AND THE UNITED STATES ATTORNEY |  |
| GENERAL, |  |
| DEFENDANT, |  |

PLAINTIFF'S MOTION FOR NOTICE OF APPEAL
PURSUANT TO FED. R. APP. P. 4 (a) From
THE DISTRICT COURT'S FINAL MEMORANDUM
ORDER OF MAY 16TH, 2006


On May 19th, 2006, plaintiff received the United States District Court's final memorandum order of May 16th, 2006, dismissing plaintiff's civil action complaint no. 1:04-CV-00257, before the District Court Magistrate Judge Baxter, report and recommendation to dismiss April 28th, 2006, and the District Court Judge McLaughlin adopting the Magistrate Judge report and recommendation to dismiss.

With plaintiff's notice of appeal, is plaintiff's motion for reconsideration pursuant to Fed. R. Civ. P. 60 (b)(6) to reinstate plaintiff's civil action complaint for good cause shown. / /2006.


RESPECTFULLY SUBMITTED,

_signature_ 20102-018 Pro Se

SADRICK DONALDSON
REG. NO. 20102-018

## CERTIFICATE OF SERVICE

NOTICE OF APPEAL BY PLAINTIFF


OFFICE OF THE UNITED STATES ATTORNEY GENERAL

UNITED STATES DEPARTMENT OF JUSTICE

320 FIRST STREET N. W.

WASHINGTON, D. C. 20534


UNITED STATES ATTORNEY'S OFFICE

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

700 GRANT STREET, SUITE 400

PITTSBURGH, PENNSYLVANIA 15219

CLERK OF THE DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDERAL BUILDING AND U. S. COURTHUOSE

617 STATE STREET

ERIE, PENNSYLVANIA 16501


APPELLATE DIVISION CIVIL BRANCH

IN THE UNITED STATES COURT OF APPEALS

601 MARKET STREET

PHILADELPHIA, PENNSYLVANIA 19106

ON THIS ___5th___, DAY OF ___June___, 2006.

SADRICK DONALDSON
REG. NO. 20102-018
F.C.I. ALLENWOOD MEDIUM
P. O. BOX 2000, BUILDING 4A
WHITE DEER, PENNSYLVANIA 17887