```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      #  06000524  -  DM
      September 28, 2006


   Code   Case #    Qty    Amount

   FIRSTAPP 04-257 Ecv            30.13 CH


   TOTAL →                    30.13


   FROM: US TREASURY FOR:
         SADRICK DONALDSON
```

part pay appeal
#06-524 Rcpt

$ 30.13

CA 04-257 E