```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 0700068 -- SF
November 17, 2006

Doc   Case #      Qty   Amount

FTRDOC 04-cv-257E        14.84 CH

TOTAL=                   34.84

FROM USA TREASURY OF AGENCY
0057040
```

CA 04-257 E
appeal part pay
receipt # 07-68