UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 07000100 - SP
December 12, 2006

| 2009 | Case # | Qty | Amount |
|------|--------|-----|--------|
| E-STAFF CA-04-257E | | | 3.84 Cn |

TOTAL→    3.84

CA 04-257 E

appeal part pay

receipt # 07000100