```
           UNITED STATES
           DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

         #  07000182 -- JD
         February 12, 2007


        Code    Case #    Qty      Amount

        FIRSTAPP  cb-04-257           58.00 CH


        TOTAL →                      58.00


        FROM: US TREASURY FOR
              SADRICK DONALDSON
```

CA 04-257 E

$58 00

appeal pmt pay

receipt # 07 000 182