UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 07000236 - Jo
March 14, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| FIRSTAFF | CA-04-257E | | 3.84 dh |

TOTAL →                        3.84

FROM: US TREASURY FOR

CA 04-257
$ 3.84
appeal part pay
receipt # 07-236