```
      UNITED STATES
      DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

     # 07000295 - JD  SP
       April 23, 2007

    Code   Case #   Qty    Amount

    FIRSTAPP CA-04-257E           11.05 CH


    TOTAL *              11.05
```

CA 04-257 E

appeal part pay

$ 11.05

receipt # 07-295