CA 04-257 E

appeal part pay

$4.84

receipt #
    07-335

```
                UNITED STATES
                DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
                  ERIE Division

        # 07000335 - JD
             May 8, 2007

                                    Amount
        Code    Case #    Qty
                                    4.84 CH
        FIRSTAPP CA-04-257E
                                       4.84
             TOTAL→

        FROM: US TREASURY FOR
              SADRICK DONALDSON
```