UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

R 0700040 - JS
June 14, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|

1ST CIVIL CA-04-257       .50 CH
2ND CIVIL CA-04-257      13.34 CH

1ST
TOTAL—                    13.84

FROM US TREASURY FOR
SHERYLYN DONALDSON

1:04-CV-257

part pay

receipt # 07-406

$13.84

Sadrick Donaldson

**SCANNED**