```
        UNITED STATES
       DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     # 07000449 - JD  gP
         July 16, 2007


   Code    Case #    Qty     Amount

   FIRSTAPP CA-04-257E          3.46 CH
   2NDAPPEA CA-04-257           5.38 CH


   TOTAL→               8.84


   FROM: SADRICK DONALDSON
```

appeal part pay

1:04-CV-257

receipt # 07-449