```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

      # 0700495 - JD
      August 15, 2007


  Code    Case #    Qty        Amount

  2NDAPPEA CA-04-257E          14.80 CH


  TOTAL→                       14.80



  FROM: DEPT OF JUSTICE
        FOR SADRICK DONALDSON
```

*Handwritten:* Appeal part pay $14.80  receipt # 07-495