```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 07000544 - JD
       September 13, 2007


   Code    Case #    Qty        Amount

   2NDAPPEA CA-04-257E           70.98 CH


   TOTAL →                       70.98



   FROM: US DEPT OF JUSTICE
         SADRICK DONALDSON
```

*appeal post pay*

$70.98