UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-3265
_____

SADRICK DONALDSON,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
D.C. No. 04-cv-00257E
District Judge: Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
May 23, 2008

Before: SMITH, HARDIMAN and NYGAARD , *Circuit Judges*.

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 23, 2008. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Western District of Pennsylvania entered May 17, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated: June 2, 2008