UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No.06-3265

DONALDSON v. USA
D.C. No. 04-CV-00257E

O R D E R

It appearing that a panel of this Court disposed of the above case by an Opinion & Judgment filed 6/2/2008, and it further appearing that a Petition for Rehearing was timely filed by the Appellant on 07/17/2008, and it further appearing that the Clerk's Office erroneously issued the certified judgment in lieu of formal mandate on **July 17, 2008,**

It is O R D E R E D that the certified judgment issued in lieu of formal mandate on **July 17, 2008** , be and is hereby RECALLED.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: July 17, 2008
CRG/cc: Joshua D. Greenberg, Esq.
Robert L. Eberhardt, Esq.
Laura S. Irwin, Esq.